UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADRIAN BUSTAMANTE,
Plaintiff

    v.                                      CA:06-07T

ASHBELL T. WALL,
Defendant

**O R D E R**

The Attorney General is hereby ordered to file his response to the Plaintiff's "Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody," on or before **February 15th, 2006.**

BY ORDER

_____
DEPUTY CLERK

ENTER:

_____
ERNEST C. TORRES
United States Chief Judge

DATE: 1/10/06