UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADRIAN BUSTAMANTE, Petitioner, | : | |
| v. | : | CA 06-07 T |
| ASHBEL T. WALL, Respondent. | : | |

**REPORT AND RECOMMENDATION**

Before the court is Petitioner's Application to Proceed without Prepayment of Fees and Affidavit (Document ("Doc.") #2) ("Application") pursuant to 28 U.S.C. § 1915. Petitioner Adrian Bustamante ("Petitioner") seeks to proceed in forma pauperis in conjunction with a habeas corpus action pursuant to 28 U.S.C. § 2254 (Doc. #1).

According to the Application, Petitioner is employed by the Rhode Island Department of Corrections ("RIDOC"). Application at 1. The accompanying certificate signed by an authorized officer at the Adult Correctional Institutions ("ACI"), where Petitioner is currently incarcerated, indicates that Petitioner has the sum of $268.48 in his prisoner account and has had an average balance of $267.29 over the last six months. Id. at 2.

The court concludes that Petitioner has the ability to pay the $5.00 filing fee for a habeas corpus action. Accordingly, the court recommends that the Application be denied and that Petitioner be directed to pay the filing fee or face dismissal of the instant action.

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of the Court within ten (10) days of its receipt. See Fed. R. Civ. P. 72(b); D.R.I. Local R. 32. Failure to file specific objections in a timely manner constitutes waiver of the right to review by the district

court and the right to appeal the district court's decision. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 605 (1st Cir. 1980).

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
January 13, 2006