UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ADRIAN BUSTAMANTE

       v.                    CA No. 06-07-T

ASHBEL T. WALL

### ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

Petitioner's Application to Proceed without Prepayment of Fees is hereby denied.

By Order

_/s/_
Deputy Clerk

ENTER:

_Ernest C. Torres_
Ernest C. Torres
Chief Judge

Date: Feb 3, 2006