UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ADRIAN BUSTAMANTE

v. CA No. 06-07-T

ASHBEL T. WALL

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Petitioner's Application to Proceed without Prepayment of Fees is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Feb 3, 2006