UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADRIAN BUSTAMANTE, Petitioner, | : | |
| v. | : | CA 06-07 T |
| ASHBEL T. WALL, Respondent. | : | |

**ORDER**

I hereby recuse myself from further participation in this case.

ENTER:

David L. Martin
United States Magistrate Judge
February 21, 2006

BY ORDER:

Deputy Clerk