UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADRIAN BUSTAMANTE,<br>Petitioner | *<br>* | |
| v. | * | C.A. 06-07 T |
| ASHBEL T. WALL,<br>Respondent | *<br>* | |

**PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the Petitioner, Adrian Bustamante, acting pro-se, and hereby respectfully moves this Honorable Court to appoint effective counsel in the above entitled action. The reasons herein this Motion are as follow:

1. The Petitioner is unable to represent himself in this matter now before this court.
2. The Petitioner is unable to afford counsel at his own expense and has a Conflict of Interest with the Public Defender's Office.
3. The Issues being raised are complex and constitutional that a competent attorney is best suited to argue said Issues on the behalf of the Petitioner.
4. The ends of justice would best be served by the appointment of counsel to best represent the Petitioner's Issues competently and effectively.

WHEREFORE, the reasons stated above, the Petitioner prays that this Honorable Court grant the relief sought herein this Motion and appoint counsel to him.

Respectfully Submitted,

Adrian Bustamante
Maximum Security
P.O. Box 8273
Cranston, RI 02920

Dated February 15, 2006

**CERTIFICATION OF SERVICE**

I, the undersigned, do hereby that on this 15th day of February, 2006, I caused a true and correct copy of the within Motion for Appointment of Counsel to the Office of the Attorney General at 150 South Main Street, Providence, Rhode Island 02903, by Certified Registered Mail.

Adrian Bustamante