Bustamante, Adrian/

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 2006-07-T** |
| | : | |
| **A.T. WALL, DIRECTOR OF** | : | |
| **DEPARTMENT OF CORRECTIONS,** | : | |
| **Respondent** | : | |

**STATE'S MOTION TO EXTEND TIME IN WISH TO RESPOND TO PETITIONER'S MOTION TO AMEND PETITION FOR WRIT OF HABEAS CORPUS**

The Attorney General of the State of Rhode Island (the "State") hereby moves for additional time in which to respond to petitioner's motion to amend his petition for writ of habeas corpus to add additional claims unrelated to those in his original petition. The State received a copy of petitioner's motion on April 5, 2006.

The reason for the State's request for additional time is that, in view of a recent decision by the United States Supreme Court (Mayle v. Felix, 125 S.Ct. 2562 (2005)), petitioner's motion potentially raises significant statute of limitations issues, which the undersigned attorney will require additional time to research. The undersigned attorney is court-excused from on or about April 14-25, 2006, and is currently involved in preparing a case for submission to the Rhode Island Supreme Court. Accordingly, the State respectfully requests until and including May 3, 2006, in which to object or otherwise respond to petitioner's Motion.

For the foregoing reasons, the State respectfully requests that its motion to extend time for responding to petitioner's Motion to Amend until and including May 3, 2006 be granted.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**Lauren S. Zurier # 4496**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)

Dated: April 6, 2006

## CERTIFICATION

I hereby certify that on the 6th day of April, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to Adrian Bustamante, Pro-Se, Adult Correctional Institutions, P.O. Box 8200, Cranston, RI 02920.