# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPREME COURT
## DOCKET EVENT LISTING

### CASE INFORMATION

Case Title: STATE OF R.I. VS ADRIAN BUSTAMANTE — Case ID No: SU-97-0032

Appeal Date: 14-JUN-1996
Appeal Type: CRIMINAL APPEAL — Next Scheduled:
Current Status: DECISION FILED — Event Type:

Lower Court No: PSR-95-01200 — Related Cases:

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| BUSTAMANTE, ADRIAN | DEFT | ROSIN, PAULA | AOR |
| BUSTAMANTE, ADRIAN | DEFT | GIBRAN, CATHERINE | AOR |
| BUSTAMANTE, ADRIAN | DEFT | SE, PRO | AOR |
| STATE OF R.I. | PLTF | WEISMAN, AARON | AOR |
| STATE OF R.I. | PLTF | ZURIER, LAUREN | AOR |

### DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 17-JAN-1997 | APPEAL DATE | 19960614 |
| 17-JAN-1997 | PAPERS AND TRANSCRIPT FILED. | |
| 17-JAN-1997 | LETTER WAIVER PRE-BRIEF | |
| 17-JAN-1997 | APPEALED BY FILING PARTY<br>Affiliated Party: BUSTAMANTE, ADRIAN | DEF 19950414 3 0096 19960531 |
| 17-JAN-1997 | TRANSCRIPT REQUIRED | |
| 17-JAN-1997 | TRANSCRIPT(S) ORDERED | 19961119 883 UKN |
| 23-JAN-1997 | WAIVER OF PREBRIEF RETURNED | |
| 23-JAN-1997 | TRANSCRIPT WITHDRAWN | |
| 22-JAN-1998 | TRANSCRIPT RETURNED | |
| 04-DEC-1998 | TRANSCRIPT WITHDRAWN | |
| 09-FEB-1999 | EXHIBITS FILED IN CASE | |
| 29-JUN-1999 | MOTION TO EXCEED 50 PAGE | |
| 29-JUN-1999 | APPELLANT BRIEF FILED | |
| 09-JUL-1999 | MOTION TO EXCEED 50 PAGE | |
| 09-JUL-1999 | GRANTED | |
| 19-JUL-1999 | MOTION EXTENSION OF TIME | |
| 19-JUL-1999 | GRANTED | 19990815 |
| 28-JUL-1999 | MOTION | DEFT. PRO SE MOTION TO ACCEPT SUPP BRIEF. |
| 28-JUL-1999 | SUPPLEMENTAL BRIEF FILED | |
| 17-AUG-1999 | MOTION EXTENSION OF TIME | |
| 17-AUG-1999 | GRANTED | 19990903 |
| 02-SEP-1999 | MOTION EXTENSION OF TIME | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATE OF R.I. VS ADRIAN BUSTAMANTE    Case ID No: SU-97-0032

DOCKET INFORMATION

| | | |
|---|---|---|
| 02-SEP-1999 | GRANTED | 19991004 |
| 14-SEP-1999 | ORDER ENTERED | |
| 14-SEP-1999 | GRANTED | |
| 04-OCT-1999 | MOTION EXTENSION OF TIME | |
| 04-OCT-1999 | GRANTED | 19991104 |
| 04-NOV-1999 | MOTION EXTENSION OF TIME | |
| 04-NOV-1999 | GRANTED | 19991204 |
| 03-DEC-1999 | MOTION | FRO DEF TO ARGUE HIS BRIEF PRO SE |
| 06-DEC-1999 | OBJECTION FILED | TO SHARE ARGUMENT TIME |
| 06-DEC-1999 | MOTION EXTENSION OF TIME | |
| 06-DEC-1999 | GRANTED | 19991217 |
| 16-DEC-1999 | MOTION EXTENSION OF TIME | |
| 16-DEC-1999 | GRANTED | 19990130 |
| 20-DEC-1999 | ORDER ENTERED | DEFENDANT TO SHARE ARGUMENT NOT TO EXCEED 15 MINS |
| 20-DEC-1999 | TRANSCRIPT WITHDRAWN | |
| 04-JAN-2000 | MOTION TO CONSOLIDATE | |
| 04-JAN-2000 | REPLY MEMORANDUM FILED. | MOTION TO SHARE TIME |
| 04-JAN-2000 | MOTION TO REASSIGN CASE | |
| 13-JAN-2000 | REPLY MEMORANDUM FILED. | |
| 26-JAN-2000 | MOTION | |
| 26-JAN-2000 | REPLY MEMORANDUM FILED. | FILED BY DEFT. |
| 01-FEB-2000 | MOTION EXTENSION OF TIME | |
| 03-FEB-2000 | ORDER, MOTION TO CONSOLIDATE | CASE ASSIGNED TO APRIL, 2000 CALENDAR. |
| 03-FEB-2000 | DENIED | |
| 07-FEB-2000 | MAILED TO ATTORNEYS | |
| 01-MAR-2000 | ENTRY OF APPEARANCE | |
| 01-MAR-2000 | PLT'S MOTION TO EXCEED 50 PAGE | |
| 01-MAR-2000 | PLTF APPELLEE BRIEF FILED | |
| 03-MAR-2000 | TRANSCRIPT RETURNED | |
| 06-MAR-2000 | MOTION | PRO SE DEF TO FILE AN APPENDIX |
| 24-MAR-2000 | ORDER ENTERED | DEFT. MOTION TO FILE PRO SE APPENDIX AND REPLY BRIEF IS GRANTED. |
| 24-MAR-2000 | GRANTED | |
| 24-MAR-2000 | PLT'S MOTION TO EXCEED 50 PAGE | |
| 24-MAR-2000 | GRANTED | |
| 28-MAR-2000 | MAILED TO ATTORNEYS | |
| 11-APR-2000 | WRIT FILED. | HABEAS FOR DEF TO APPEAL |
| 11-APR-2000 | HEARD ON DEFENDANT'S APPEAL | |
| 11-APR-2000 | MEMORANDUM FILED | REMAND TO ACI ISSUED |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: STATE OF R.I. VS ADRIAN BUSTAMANTE    Case ID No: SU-97-0032

DOCKET INFORMATION

| | | |
|---|---|---|
| 02-AUG-2000 | OPINION JUDGE AFFIRMED ADF | |
| 03-AUG-2000 | MOTION TO REARGUE | |
| 04-AUG-2000 | OBJECTION FILED | |
| 15-AUG-2000 | REPLY MEMORANDUM FILED. | |
| 13-SEP-2000 | TRANSCRIPT WITHDRAWN | FOR CO-DEFT. APPEAL BELLOLLI, M. SMITH ESQ. |
| 15-SEP-2000 | ORDER PETITION TO REARGUE | PAPERS,TRANSCRIPTS AND EXHIBITS FILED IN 99-413CA. |
| 15-SEP-2000 | DENIED | |
| 15-SEP-2000 | FLANDERS, J. NOT PARTICIPATING | |
| 20-SEP-2000 | MAILED TO ATTORNEYS | |
| 28-SEP-2000 | TRANSCRIPT RETURNED | |
| 05-OCT-2000 | LETTER FILED | LETTER TO BUSTAMANTE IN REPLY TO HIS LETTER OF 9/28 WHY JUSTICE FLANDERS DID NOT PARTICIPATE |