DOCKET EVENT LISTING

CASE NO.: PM2001 1303 TYPE POST CONVICTION RELIEF
TITLE: ADRIAN BUSTAMANTE VS ASHBEL T WALL
FILING DATE: 02-28-2001 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| BUSTAMANTE,ADRIAN | PLF | Unknown,Attorney | AOR |
| WALL,ASHBEL T | DEF | Soccio,Cindy Ann | AOR |

DOC. ID. DATE JUDGE OUTCOME EFFECTIVE DATE

KRH 03-13-2001 Sheehan,John F
SCHEDULING
4-3-01 FOR PCR.
JB 03-15-2001
POST CONVICTION RELIEF
JUDGE SHEEHAN SENTENCING JUDGE
JB 03-19-2001
COURT APPOINTED ATTY (FELONY) FILED
OF DAVID A. SILVERMAN FOR PLF.
JB 04-03-2001 Sheehan,John F
POST CONVICTION RELIEF
CONTINUED TO 7-6-01 FOR POST CONVICTION RELIEF - BEFORE JUDGE SHEEHAN
PFI
JB 04-05-2001
ENTRY OF APPEARANCE FILED
Silverman,David A.
LIMITED APPEARANCE FOR ADRIAN BUSTAMANTE
JB 05-07-2001
MOTION TO APPOINT COUNSEL
ON APPEAL BY PLF. - GAVE TO JUDGE SHEEHAN SENTENCING JUDGE
LAK 08-29-2001
OBJECTION FILED
BY PLAINTIFF TO MOTION TO WITHDRAW. MATTER SCHEDULED FOR 9-6-01
BEFORE SHEEHAN J.
JB 09-06-2001 Sheehan,John F
MOTION
TO WITHDRAW POST CONVICTION RELIEF - CONTINUED TO 9-20-01 FOR MOTION
TO WITHDRAW POST CONVICTION RELIEF - BEFORE JUDGE SHEEHAN - JNA -
REMANDED TO THE ACI
JB 09-20-2001 Sheehan,John F
MOTION TO WITHDRAW
CONTINUED TO 10-16-01 FOR MOTIN TO WITHDRAW BEFORE JUDGE SHEEHAN
JNA
LAK 10-16-2001 Sheehan,John F
POST CONVICTION RELIEF
AND MOTION TO WITHDRAW IS CONTINUED TO 1-17-02. JNA. REMANDED ACI
JB 01-03-2002 Sheehan,John F
MOTION TO WITHDRAW
OF ATTORNEY SILVERMAN - CONTINUED TO 1-18-02 FOR MOTION TO WITHDRAW
BEFORE JUDGE SHEEHAN - DNH -

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

JB 01-18-2002 Sheehan,John F
MOTION TO WITHDRAW
BY SILVERMAN IS CONTINUED TO 1-25-02 FOR MOTION TO WITHDRAW - BEFORE JUDGE SHEEHAN - JNA -
JB 01-25-2002 Sheehan,John F
MOTION TO WITHDRAW GRANTED
CONTINUED TO 4-25-02 FOR PCR - BEFORE JUDGE SHEEHAN - REMANDED TO THE ACI
MKR 02-14-2002
PROOF OF SERVICE FILED
NM 02-27-2002
PROOF OF SERVICE FILED
JB 04-25-2002 Sheehan,John F
POST CONVICTION RELIEF
CONTINUED TO 5-2-02 FOR POST CONVICTION RELIEF - BEFORE JUDGE SHEEHAN REMANDED TO THE ACI
JB 05-02-2002 Sheehan,John F
POST CONVICTION RELIEF
CONTINUED TO 6-7-02 FOR POST CONVICTION RELIEF - BEFORE JUDGE SHEEHAN - PFI - REMANDED TO THE ACI
JB 05-06-2002
MEMORANDUM FILED
IN SUPPORT OF APPLICATION FOR POST CONVICTION RELIEF BY PLF
JB 05-30-2002
ANSWER TO COMPLAINT FILED
BY DEF. TO PLF.
JB 05-30-2002
MEMORANDUM FILED
IN SUPPORT OF POST CONVICTION RELIEF
LAK 06-07-2002 Sheehan,John F
POST CONVICTION RELIEF
CONTINUED TO 6-14-02 BEFORE SHEEHAN J. JNA. REMANDED ACI
KJS 06-20-2002 Sheehan,John F
POST CONVICTION RELIEF
CONT TO 6-26-02 FOR POST CONVICTION RELIEF BEFORE JUDGE SHEEHAN. JNA. REMANDED TO ACI
KJS 06-26-2002 Sheehan,John F
POST CONVICTION RELIEF DENIED
REMANDED TO ACI.
JM 07-15-2002
MOTION TO APPOINT COUNSEL
COUNSEL NEEDED FOR PURPOSES OF APPEAL
KJS 07-15-2002
NOTICE OF APPEAL TO SUPREME CT FILED
BY PLF FOR ORDER DATED 6-26-02. NO FEE. NOTICES SENT. TRANSCRIPT WILL BE ORDERED.
JM 07-16-2002
DETERMINATION OF ATTORNEY
REFERRED TO PUBLIC DEFENDER FOR PURPOSES OF THE SUPREME COURT APPEAL.
PAO 09-26-2002
LETTER FILED

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

KJS 03-25-2003
WITNESS SUPOENA FILED
TO ROBERT CRAVEN, MARK SMITH AND JOHN PARSONS
CMS 04-07-2003
CASE TRANSFERRED TO WASHINGTON CTY
BW 04-08-2003
CASE RECEIVED FROM PROVIDENCE COUNTY
CMS 04-09-2003
CASE TRANSFERRED PROVIDENCE COUNTY
WV 04-10-2003
CASE RECEIVED FROM WASHINGTON COUNTY
KJS 08-29-2003
ORDER FOR TRANSCRIPT FILED
JM 12-17-2003
COMPLETED TRANSCRIPT FILED
JM 12-17-2003
CASE CERTIFIED TO SUPREME CT
NM 01-05-2004 Rodgers,Joseph F.
ORDER ENTERED DENIED
MTN FOR POST CONVICTION RELIEF
NM 03-08-2005
CASE, TRANS RECEIVED FROM SUPREME CT
SUPREME CT. AFFIRMS THE JUDGMENT OF THE SUPERIOR CT. THE PAPERS IN THIS CASE ARE TO BE RETURNED TO THE SUPERIOR CT.
NM 03-08-2005
TRANSCRIPT FILED IN CASE
SUPREME CT. AFFIRMS THE JUDGMENT OF THE SUPERIOR CT. THE PAPERS IN THIS CASE ARE TO BE RETURNED TO THE SUPERIOR CT.