STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

## CASE INFORMATION

Case Title: ADRIAN BUSTAMANTE VS ASHBEL T. WALL — Case ID No: SU-04-0004

Appeal Date: 05-JAN-2004
Appeal Type: CRIMINAL APPEAL — Next Scheduled:
Current Status: DECISION FILED — Event Type:

Lower Court No: PSR-99-999999
PSR-PM-2001-1303 — Related Cases:

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| BUSTAMANTE, ADRIAN | PLTF | SE, PRO | AOR |
| STATE OF R.I. | DEFT | ZURIER, LAUREN | AOR |
| WALL, ASHBEL | DEFT | WEISMAN, AARON | AOR |
| WALL, ASHBEL | DEFT | ZURIER, LAUREN | AOR |
| WALL, ASHBEL | DEFT | PISATURO, LAURA | AOR |

## DOCKET INFORMATION

| Date | Description | Text |
|---|---|---|
| 07-JAN-2004 | APPEAL DATE | 20040105 |
| 07-JAN-2004 | PAPERS AND TRANSCRIPT FILED. | RODGER J. FOR JUSTICE JOHN SHEEHAN ON ORDER. COPY OF TRANSCRIPT SENT TO BUSTAMANTE |
| 07-JAN-2004 | RULE 12 PRE BRIEF NOTICE SENT | |
| 07-JAN-2004 | APPEALED BY FILING PARTY<br>Affiliated Party: BUSTAMANTE, ADRIAN | PLA 20010228 0096 20040105 |
| 20-JAN-2004 | ENTRY OF APPEARANCE | JUDITH CROWELL ESQ. |
| 20-JAN-2004 | RULE 12 PRE BRIEF NOTICE SENT | |
| 26-JAN-2004 | MOTION EXTENSION OF TIME | |
| 26-JAN-2004 | GRANTED | 20040226 |
| 26-JAN-2004 | TRANSCRIPT WITHDRAWN | |
| 09-FEB-2004 | MOTION EXTENSION OF TIME | |
| 09-FEB-2004 | GRANTED | 20040309 |
| 19-FEB-2004 | TRANSCRIPT RETURNED | |
| 19-FEB-2004 | PLTF APPELLANT PRE BRIEF FILED | |
| 25-FEB-2004 | MOTION EXTENSION OF TIME | |
| 25-FEB-2004 | MOTION TO APPOINT ATTORNEY | |
| 04-MAR-2004 | MOTION EXTENSION OF TIME | |
| 04-MAR-2004 | GRANTED | 20040331 |
| 09-MAR-2004 | PLTF APPELLANT PRE BRIEF FILED | |
| 31-MAR-2004 | MOTION EXTENSION OF TIME | |
| 31-MAR-2004 | GRANTED | 20040407 |
| 07-APR-2004 | ENTRY OF APPEARANCE | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPREME COURT
DOCKET EVENT LISTING

Case Title: ADRIAN BUSTAMANTE VS ASHBEL T. WALL    Case ID No: SU-04-0004

DOCKET INFORMATION

| | | |
|---|---|---|
| 07-APR-2004 | APPELLEE PRE BRIEF FILED | |
| 08-APR-2004 | TRANSCRIPT RETURNED | AG |
| 09-APR-2004 | ORDER ENTERED | JUDITH CROWELL IS DISCHARGED AS COUNSEL, DEFENDANT SHALL ENTER PRO SE. |
| 09-APR-2004 | DENIED | 20040409 |
| 22-APR-2004 | MOTION FOR COUNSEL FEES FILED | |
| 26-APR-2004 | REPLY MEMORANDUM FILED. | PLANTIFF'S PRO SE RESPONSE TO STATE'S 12A STATEMENT. |
| 11-MAY-2004 | CASE OUT IN PART OR WHOLE | |
| 17-MAY-2004 | LETTER FILED | DOCKET SHEETS OF HIS 2 CASES MAILED TO DEFENDANT. |
| 21-MAY-2004 | ORDER MOTION FOR COUNSEL FEE | $1,070.00. |
| 21-MAY-2004 | GRANTED | |
| 23-JUN-2004 | CASE RETURNED IN PART OR WHOLE | |
| 23-JUN-2004 | BOTH PARTIES SHOW CAUSE | |
| 16-JUL-2004 | SUPPLEMENTAL MEMORANDUM FILED | |
| 14-OCT-2004 | CASE OUT IN PART OR WHOLE | |
| 22-NOV-2004 | LETTER FILED | COPY OF DOCKET SHEET & SCHEDULE MAILED TO DEF. |
| 23-NOV-2004 | CASE OUT IN PART OR WHOLE | |
| 29-NOV-2004 | CASE RETURNED IN PART OR WHOLE | |
| 29-NOV-2004 | HEARD ON SHOW CAUSE ORDER | |
| 29-NOV-2004 | CASE OUT IN PART OR WHOLE | |
| 07-FEB-2005 | OPINION JUDGE AFFIRMED ADF | |
| 18-FEB-2005 | PAPERS/TRANS.REMANDED | |
| 23-FEB-2005 | MOTION TO REARGUE | |
| 23-MAR-2005 | OBJECTION FILED | |
| 25-MAR-2005 | ORDER ENTERED | MOTION TO RECONSIDER IS DENIED. |
| 25-MAR-2005 | DENIED | 20050325 |