**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | **C.A.: 06-07T** |
| | } | |
| **ASHBELL T. WALL** | } | |
| | } | |
| **Defendant** | } | |

**ENTRY OF APPEARANCE**

Joseph R. Palumbo, Jr. does hereby enter his appearance for the plaintiff Adrian Bustamante.

**Joseph R. Palumbo, Jr., #0405**
294 Valley Road
Middletown, Rhode Island 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

**CERTIFICATE OF SERVICE**

I, **Joseph R. Palumbo, Jr.**, hereby certify that I caused to be mailed on the 22nd day of **May, 2006,** a copy of the foregoing **Entry of Appearance** to **Lauren S. Zurier, Esquire**, Special Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903 and **Adrian Bustamante**, P.O. Box 8200, Cranston, Rhode Island 02920.

____________________________