**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | **C.A.: 06-07T** |
| | } | |
| **ASHBELL T. WALL** | } | |
| | } | |
| **Defendant** | } | |

**MOTION TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AND STATE'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND**

Plaintiff, by his attorney, moves for an Order permitting the filing of a supplemental memorandum by counsel in support of plaintiff's pro se petition for writ of habeas corpus. Plaintiff further moves for permission to file a response to the State's objection to plaintiff's motion to amend his petition for writ of habeas corpus.

The undersigned has just entered his appearance on behalf of the plaintiff. The case file is voluminous, including hundreds of pages of trial transcripts, items of evidence presented at trial, post-trial papers, and, several appellate briefs in connection with two appeals to the Rhode Island Supreme Court and in connection with plaintiff's state court request for post-conviction relief. The undersigned therefore request that he be granted sixty (60) days to file the supplementary material requested herein.

By his attorney,

**Joseph R. Palumbo, Jr., #0405**
294 Valley Road
Middletown, Rhode Island 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

## CERTIFICATE OF SERVICE

I, **Joseph R. Palumbo, Jr**., hereby certify that I caused to be mailed on the 22nd day of **May, 2006,** a copy of the foregoing **Motion to file Supplemental Memorandum in Support of Plaintiff's Petition for Writ of Habeas Corpus and State's Objection to Plaintiff's Motion to Amend** to Lauren S. Zurier, Special Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903 and **Adrian Bustamante**, P.O. Box 8200, Cranston, Rhode Island 02920.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | **C.A.: 06-07T** |
| | } | |
| **ASHBELL T. WALL** | } | |
| | } | |
| **Defendant** | } | |

**MEMORNADUM IN SUPPORT OF MOTION TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUSAND RESPONSE TO STATE'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND**

Plaintiff Adrian Bustamante has filed a pro se petition for writ of habeas corpus in connection with his conviction in the Supreme Court of first degree murder and conspiracy to commit murder. Mr. Bustamante was sentenced to life without parole on the murder charge.

The undersigned counsel has only recently been engaged to represent Mr. Bustamante in the instant proceeding. While counsel has reviewed portions of the record of the proceedings in the state court, the record is voluminous and includes hundreds of pages of trial transcripts and lengthy appellate briefs and post-conviction relief briefs involving complex legal issues.

Obviously, Mr. Bustamante has a great deal at stake in these proceedings in which he has up until now acted pro se. The undersigned respectfully submits that Mr. Bustamante should therefore be afforded as full an opportunity as possible to develop his petition for writ of habeas corpus, with the assistance of counsel.

Accordingly, the Court is respectfully requested to grant the motion.

By his attorney,

**Joseph R. Palumbo, Jr., #0405**
294 Valley Road
Middletown, Rhode Island 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

**CERTIFICATE OF SERVICE**

I, **Joseph R. Palumbo, Jr.**, hereby certify that I caused to be mailed on the 22nd day of **May, 2006,** a copy of the foregoing **Memorandum in Support of Motion to file Supplemental Memorandum in Support of Plaintiff's Petition for Writ of Habeas Corpus and Response to State's Objection to Plaintiff's Motion to Amend** to Lauren S. Zurier, Special Assistant Attorney General, 150 South Main Street, Providence, Rhode Island 02903 and **Adrian Bustamante**, P.O. Box 8200, Cranston, Rhode Island 02920.