UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | } | |
| **Plaintiff** | } | |
| **v.** | } | **C.A.: 06-07T** |
| **ASHBELL T. WALL** | } | |
| **Defendant** | } | |

**MOTION TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AND STATE'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND**

Plaintiff, by his attorney, moves for an Order permitting the filing of a supplemental memorandum by counsel in support of plaintiff's pro se petition for writ of habeas corpus. Plaintiff further moves for permission to file a response to the State's objection to plaintiff's motion to amend his petition for writ of habeas corpus.

The undersigned has just entered his appearance on behalf of the plaintiff. The case file is voluminous, including hundreds of pages of trial transcripts, items of evidence presented at trial, post-trial papers, and, several appellate briefs in connection with two appeals to the Rhode Island Supreme Court and in connection with plaintiff's state court request for post-conviction relief. The undersigned therefore request that he be granted sixty (60) days to file the supplementary material requested herein.

6/14/06: GRANTED ABSENT OPPOSITION. LR CV 7(b)(1). PLAINTIFF SHALL FILE HIS SUPPLEMENTAL MEMO BY 7/31/06. DEFENDANT MAY REPLY BY 8/14/06.
[signature] USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 6/5/06