**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | **C.A.: 06-07T** |
| | } | |
| **ASHBELL T. WALL** | } | |
| | } | |
| **Defendant** | } | |

**MOTION FOR EXTENSION OF TIME FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AND STATE'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND**

Plaintiff, by his attorney, moves for an Order granting one additional 30 day extension of time to August 28, 2006 to file a supplemental memorandum in support of plaintiff's pro se petition for writ of habeas corpus and to file a response to the State's objection to plaintiff's motion to amend his petition for writ of habeas corpus.

As grounds therefor, the undersigned states that due to a recent death in his family and the press of other matters pending in this Honorable Court and in the various state courts he has been unable to complete his memoranda, requiring the review and analysis of a voluminous trial, appellate, and post trial record, and, consultation with the plaintiff.

By his attorney,

Joseph R. Palumbo, Jr., #0405
294 Valley Road
Middletown, RI 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

**CERTIFICATE OF SERVICE**

I, Joseph R. Palumbo, Jr., hereby certify that I caused to be faxed and mailed on the 26th day of July, 2006, a copy of the foregoing motion to Lauren S. Zurier, Special Assistant Attorney General, 150 South Main Street, Providence, RI 02903.