8/2/06. GRANTED. FINAL EXTENSION. [signature] USMJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 26 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ADRIAN BUSTAMANTE }
}
**Plaintiff** }
}
**v.** } C.A.: 06-07T
}
ASHBELL T. WALL }
}
**Defendant** }

**MOTION FOR EXTENSION OF TIME FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AND STATE'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND**

Plaintiff, by his attorney, moves for an Order granting one additional 30 day extension of time to August 28, 2006 to file a supplemental memorandum in support of plaintiff's pro se petition for writ of habeas corpus and to file a response to the State's objection to plaintiff's motion to amend his petition for writ of habeas corpus.

As grounds therefor, the undersigned states that due to a recent death in his family and the press of other matters pending in this Honorable Court and in the various state courts he has been unable to complete his memoranda, requiring the review and analysis of a voluminous trial, appellate, and post trial record, and, consultation with the plaintiff.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 8/1/06