**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | **C.A.: 06-07T** |
| | } | |
| **ASHBELL T. WALL** | } | |
| | } | |
| **Defendant** | } | |

**MOTION FOR ENLARGEMENT OF TIME**
**TO FILE MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**PETITION FOR WRIT OF HABEAS CORPUS**

Plaintiff moves for an enlargement of time to file a memorandum on the merits of the claims raised in his petition for writ of habeas corpus until twenty (20) days after the Court rules on plaintiff's motion to amend the petition to add new grounds in support thereof. Plaintiff's counsel needs to know which claims the Court will allow the plaintiff to pursue so that the may prepare and submit a single comprehensive memorandum with respect thereto.

By his attorney,

/s/ Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr., #0405
294 Valley Road
Middletown, RI 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

**CERTIFICATE OF SERVICE**

I, Joseph R. Palumbo, Jr., hereby certify that I caused to be mailed on the 28th day of August, 2006, a copy of the foregoing Motion For Enlargement of Time to File Memorandum in Support of Plaintiff's Petition for Writ of Habeas Corpus to Lauren S. Zurier, Special Assistant Attorney General, 150 South Main Street, Providence, RI 02903.

/s/ Joseph R. Palumbo, Jr.