# Criminal Docket Sheet Report



**Case ID:** P1-1995-1200A **Description:** ADRIAN BUSTAMANTE
**Filing Date:** 06-DEC-1994
**Original Case ID:** 41294112002
629419163

**Defendant Name:** ADRIAN BUSTAMANTE **Police Dept:** WOONSOCKET POLICE DEPARTMENT
**BCI#:** 09500263 **Date of Birth:** 29-JUL-1964 **Incarcerated:**

**Address:** MAXIMUM SECURITY

CRANSTON RI

**PROSECUTOR:** CINDY ANN SOCCIO
**PRIVATE ATTORNEY:** DALE ANDERSON

## Charge Information

**Count:** 1 11230010 **MURDER I**
**Offense Date:** 02-DEC-1994

**Charge Text:**
**Disposition:** FOUND GUILTY BY JURY

**Sentence:** TERM TO SERVE
**Term:** 0 Years
**Start:** 31-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** LIFE WITH OUT PAROLE

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 31-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** Amount: $200.00

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 31-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** Amount: $600.00

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 31-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** Amount: $154.50

**Count:** 2 11260010 **KIDNAPPING**
**Offense Date:** 02-DEC-1994

**Charge Text:**
**Disposition:** NOT GUILTY BY JUDGE

1

# Criminal Docket Sheet Report

P1-1995-1200A

## Charge Information

**Count:** 3 11010060 **CONSPIRACY**

**Offense Date:** 02-DEC-1994

**Charge Text:**

**Disposition:** FOUND GUILTY BY JURY

**Sentence:** TERM TO SERVE
**Term:** 10 Years
**Start:** 31-MAY-1996
**Judge:** JUDGE SHEEHAN
**Text:** CONCURR W/EACH COUNT

**Count:** 101 11230010 **MURDER I**

**Offense Date:** 02-DEC-1994

**Charge Text:**

**Disposition:** TRUE BILL SIGNED

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

| | | |
|---|---|---|
| 06-DEC-1994 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: B.C. BOUCHER |
| 03-MAY-1995 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: GEMMA; Date Modified: 06-NOV-95 |
| 03-NOV-1995 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: GEMMA; Amount: $150000.00; Percent Dep: 10; Date : 14-MAR-96 |
| 14-MAR-1996 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: SHEEHAN |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|
| 06-DEC-1994 | **FELONY INITIAL APPEARANCE** | BAIL COMMISSIONER, BOUCHER |

EVENT ACTION COMPLETED

DEFT REFERRED PUBLIC DEFENDER

(2)

# Criminal Docket Sheet Report



## Events

| Date | Event | Judge |
|---|---|---|
| 08-DEC-1994 | **BAIL REVIEW** | BUCCI, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DOCKET NOTE AFTER HEARING, BAIL REMAINS THE SAME, HWOB | |
| 12-DEC-1994 | **DETERMINATION OF ATTORNEY** | |
| | EVENT ACTION PASSED | |
| 15-DEC-1994 | **BAIL HEARING** | ERICKSON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON BY JUDGE | |
| | DOCKET NOTE BAIL REMAINS THE SAME, DEFENDANT H/W/O/B | |
| 20-DEC-1994 | **BAIL HEARING** | HIGGINS, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DOCKET NOTE AFTER HEARING, DEFENDANT H/W/O/B | |
| 03-MAY-1995 | **ARRAIGNMENT** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DEFT ARRGN & PLEADS NOT GUILTY | |
| | PRETRIAL NOTICE ISSUED | |
| 23-JUN-1995 | **PRE-TRIAL CONFERENCE** | RODGERS, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE DISCOVERY INCOMPLETE | |
| 21-JUL-1995 | **PRE-TRIAL CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 22-AUG-1995 | **MOTIONS** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 29-AUG-1995 | **MOTION** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON DEFENSE COUNSEL EXCUSED FROM COURT | |
| 05-SEP-1995 | **MOTION** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON ACI/MARSHAL CANCELD DEFD APPEARANCE | |
| 07-SEP-1995 | **MOTION** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 07-SEP-1995 | **MOTION FOR SPEEDY TRIAL** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |

3

# Criminal Docket Sheet Report

P1-1995-1200A

## Events

| Date | Event | Judge |
|---|---|---|
| 21-SEP-1995 | **MOTION FOR DISCOVERY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 05-OCT-1995 | **MOTION FOR DISCOVERY** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 12-OCT-1995 | **MOTION FOR BILL OF PARTICULARS** | GOLDBERG, JUDGE |
| | EVENT ACTION GRANTED | |
| | DOCKET NOTE GRANTED IN PART AND DENIED IN PART | |
| 12-OCT-1995 | **MOT FOR EXCULPATORY EVIDENCE** | GOLDBERG, JUDGE |
| | EVENT ACTION GRANTED | |
| 12-OCT-1995 | **MOTION FOR DISCOVERY** | GOLDBERG, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| | DOCKET NOTE FOR SUPPLEMENTAL DISCOVERY--STATE ANSWERED | |
| 12-OCT-1995 | **MOTION** | GOLDBERG, JUDGE |
| | EVENT ACTION GRANTED | |
| | DOCKET NOTE SECOND MOTION FOR SUPPLEMENTAL DISCOVERY | |
| 13-OCT-1995 | **TRIAL** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON STATE NOT READY | |
| | EVENT REASON State | |
| 06-NOV-1995 | **MOTION FOR BILL OF PARTICULARS** | GEMMA, JUDGE |
| | EVENT ACTION PASSED | |
| | DOCKET NOTE WITHDRAWN--PRO SE MOTION | |
| 06-NOV-1995 | **MOT FOR EXCULPATORY EVIDENCE** | GEMMA, JUDGE |
| | EVENT ACTION PASSED | |
| | DOCKET NOTE MOTION WITHDRAWN--PRO SE MOTION | |
| 06-NOV-1995 | **MOTION TO SET BAIL** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| 16-NOV-1995 | **MOTION TO PRODUCE** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |

(4)

## Events

| Date | Event | Judge |
|---|---|---|
| 07-DEC-1995 | **MOTIONS** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| | DOCKET NOTE TO PRODUCE | |
| 07-DEC-1995 | **MOTION TO REDUCE BAIL** | GEMMA, JUDGE |
| | EVENT ACTION DENIED | |
| 14-DEC-1995 | **MOTION TO PRODUCE** | FORTUNATO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 09-JAN-1996 | **MOTION TO PRODUCE** | GOLDBERG, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 09-JAN-1996 | **MOTION TO REDUCE BAIL** | NEEDHAM, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 16-JAN-1996 | **MOTION TO REDUCE BAIL** | GEMMA, JUDGE |
| | EVENT ACTION DENIED | |
| 16-JAN-1996 | **MOTION TO EXAMINE** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| 16-JAN-1996 | **MOTION TO PRODUCE** | GEMMA, JUDGE |
| | EVENT ACTION GRANTED | |
| 31-JAN-1996 | **STATUS CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PROSECUTOR ON TRIAL OTHER COURT | |
| 14-FEB-1996 | **STATUS CONFERENCE** | PFEIFFER, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON CASE PASSED FOR TRIAL | |
| 15-FEB-1996 | **STATE'S MOTION TO COMPEL** | GEMMA, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| | DOCKET NOTE FOR COMPLIANCE | |
| 19-FEB-1996 | **START OF TRIAL** | SHEEHAN, JUDGE |
| | EVENT ACTION COMPLETED | |
| | CASE OPENS TO JURY/TRIAL PROCD | |
| 27-FEB-1996 | **MOT FOR JUDGMENT OF AQUITTAL** | SHEEHAN, JUDGE |
| | EVENT ACTION GRANTED | |
| | EVENT REASON BY JUDGE | |
| | DOCKET NOTE COUNT 2 ONLY!!! | |

# Criminal Docket Sheet Report

P1-1995-1200A

## Events

| Date | Event | Judge |
|---|---|---|
| 01-MAR-1996 | **END OF TRIAL** | SHEEHAN, JUDGE |
| | EVENT ACTION DISPOSED<br>CASE DISPOSED<br>EVENT REASON JURY RETURNS VERDICT<br>TRIAL PROCEEDS AND CONCLUDES<br>DOCKET NOTE JURY AGREES TO A SENTENCE OF LIFE W/O PAROLE | |
| 08-MAR-1996 | **MOTION FOR NEW TRIAL** | SHEEHAN, JUDGE |
| | EVENT ACTION DENIED<br>PRESENTENCE REPORT ORDERED | |
| 08-MAR-1996 | **SENTENCING** | SHEEHAN, JUDGE |
| | EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | |
| 14-MAR-1996 | **BAIL REVIEW** | SHEEHAN, JUDGE |
| | EVENT ACTION COMPLETED | |
| 01-MAY-1996 | **MISCELLANEOUS EVENT** | SHEEHAN, JUDGE |
| | EVENT ACTION POSTPONED<br>EVENT REASON PENDING FURTHER INVESTIGATION | |
| 31-MAY-1996 | **SENTENCING** | SHEEHAN, JUDGE |
| | EVENT ACTION SENTENCED<br>CASE DISPOSED | |
| 14-JAN-1997 | **APPEALED TO SUPREME COURT** | |
| | EVENT ACTION COMPLETED<br>EVENT REASON APPEAL PERFECTED<br>CASE TRANSMITTED TO SUPREME CT | |
| 16-JAN-2001 | **MOTION TO REDUCE SENTENCE** | THUNBERG, JUDGE |
| | ZZZ PASSED | |
| 30-APR-2002 | **ADVISEMENT SUPREME CT DECISION** | GALE, JUDGE |
| | COMPLETED | |

## Case Jackets

| Check Out | Returned | Person Name | Text |
|---|---|---|---|
| 15-MAR-2001 | 17-APR-2002 | SUPREME COURT | |

**Reason:** TRANSFER TO SUPREME COURT

## Case Evidence

| Check Out | Returned | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|

6

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 06-DEC-1994 | DEFT REFERRED PUBLIC DEFENDER | |
| 06-DEC-1994 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: B.C. BOUCHER |
| 06-DEC-1994 | EVENT ACTION | COMPLETED |
| 06-DEC-1994 | CASE INITIATION | |
| 08-DEC-1994 | DOCKET NOTE | AFTER HEARING, BAIL REMAINS THE SAME, HWOB |
| 08-DEC-1994 | EVENT ACTION | COMPLETED |
| 12-DEC-1994 | EVENT ACTION | PASSED |
| 15-DEC-1994 | DOCKET NOTE | BAIL REMAINS THE SAME, DEFENDANT H/W/O/B |
| 15-DEC-1994 | EVENT ACTION | POSTPONED |
| 15-DEC-1994 | EVENT REASON | BY JUDGE |
| 20-DEC-1994 | DOCKET NOTE | AFTER HEARING, DEFENDANT H/W/O/B |
| 20-DEC-1994 | EVENT ACTION | COMPLETED |
| 18-JAN-1995 | OTHER DOCUMENT | Party Filing: STATE ; Note: RECEIPT FOR SEARCH WARRANT |
| 14-APR-1995 | INDICTMENT FILED | Party Filing: STATE |
| 14-APR-1995 | TRIAL LENGTH | Trial Begin Date: 19-FEB-96; Trial End Date: 01-MAR-96 |
| 03-MAY-1995 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 03-MAY-1995 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: DALE ANDERSON |
| 03-MAY-1995 | NOTICE | Party Filing: COURT ; Note: OF RECOMENDATION OF LIFE W/O PAROLE |
| 03-MAY-1995 | PRETRIAL CONFERENCE NOTICE | Party Filing: COURT |
| 03-MAY-1995 | PRETRIAL NOTICE ISSUED | |
| 03-MAY-1995 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: GEMMA; Date Modified: 06-NOV-95 |
| 03-MAY-1995 | EVENT ACTION | COMPLETED |
| 05-MAY-1995 | RECEIPT FOR GRAND JURY TAPES | Party Filing: STATE |
| 15-MAY-1995 | ENTRY OF APPEARANCE | Party Filing: DEFENSE ; Note: DALE ANDERSON |
| 15-MAY-1995 | RSP ST'S REQ DSCVY/ALIBI | Party Filing: DEFENSE |
| 18-MAY-1995 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 18-MAY-1995 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 18-MAY-1995 | MOTION DISCOVERY/INSPECTION | Party Filing: DEFENSE |
| 25-MAY-1995 | RECEIPT FOR GRAND JURY TAPES | Party Filing: STATE |
| 25-MAY-1995 | VICTIM/WITNESS NOTICE | Party Filing: STATE |
| 23-JUN-1995 | EVENT ACTION | POSTPONED |
| 23-JUN-1995 | EVENT REASON | DEFENSE DISCOVERY INCOMPLETE |
| 11-JUL-1995 | REQUEST DISCOVERY AND ALIBI | Party Filing: STATE |
| 11-JUL-1995 | RSP DEFT REQ DSCVY/INSPEC | Party Filing: STATE ; Note: FILED IN DISCOVERY DRAWER |
| 21-JUL-1995 | EVENT ACTION | COMPLETED |
| 21-JUL-1995 | EVENT REASON | CASE PASSED FOR TRIAL |
| 22-AUG-1995 | EVENT ACTION | POSTPONED |
| 22-AUG-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 29-AUG-1995 | EVENT ACTION | POSTPONED |
| 29-AUG-1995 | EVENT REASON | DEFENSE COUNSEL EXCUSED FROM COURT |

(7)

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 05-SEP-1995 | EVENT ACTION | POSTPONED |
| 05-SEP-1995 | EVENT REASON | ACI/MARSHAL CANCELD DEFD APPEARANCE |
| 07-SEP-1995 | EVENT ACTION | POSTPONED |
| 07-SEP-1995 | EVENT ACTION | GRANTED |
| 07-SEP-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 14-SEP-1995 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 21-SEP-1995 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 21-SEP-1995 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE ; Note: AMENDMENT |
| 21-SEP-1995 | EVENT ACTION | POSTPONED |
| 21-SEP-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 05-OCT-1995 | EVENT ACTION | POSTPONED |
| 05-OCT-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 06-OCT-1995 | MOTION FOR BILL OF PARTICULARS | Party Filing: DEFENSE |
| 06-OCT-1995 | MOTION EXCULPATORY EVIDENCE | Party Filing: DEFENSE |
| 06-OCT-1995 | MOTION FOR DISCOVERY | Party Filing: DEFENSE ; Note: 2ND MOTION |
| 12-OCT-1995 | DOCKET NOTE | GRANTED IN PART AND DENIED IN PART |
| 12-OCT-1995 | DOCKET NOTE | FOR SUPPLEMENTAL DISCOVERY--STATE ANSWERED |
| 12-OCT-1995 | DOCKET NOTE | SECOND MOTION FOR SUPPLEMENTAL DISCOVERY |
| 12-OCT-1995 | EVENT ACTION | GRANTED |
| 12-OCT-1995 | EVENT ACTION | GRANTED |
| 12-OCT-1995 | EVENT ACTION | GRANTED |
| 12-OCT-1995 | EVENT ACTION | PASSED |
| 12-OCT-1995 | EVENT REASON | BY ORDER OF THE COURT |
| 13-OCT-1995 | EVENT ACTION | POSTPONED |
| 13-OCT-1995 | EVENT REASON | STATE NOT READY |
| 13-OCT-1995 | EVENT REASON | State |
| 16-OCT-1995 | ANS DEFT MOTION BILL OF PARTIC | Party Filing: STATE |
| 25-OCT-1995 | ANSWER FILED | Party Filing: STATE ; Note: TO REQ FOR EXCULPATORY EVIENCE |
| 25-OCT-1995 | ANSWER FILED | Party Filing: STATE ; Note: TO DEF SECOND MOTION FOR SUPPLEMENTAL |
| 25-OCT-1995 | ORDER ENTERED | Party Filing: COURT |
| 30-OCT-1995 | MOTION FOR BILL OF PARTICULARS | Party Filing: DEFENSE |
| 30-OCT-1995 | MOTION EXCULPATORY EVIDENCE | Party Filing: DEFENSE |
| 31-OCT-1995 | MOTION TO SET BAIL | Party Filing: DEFENSE |
| 03-NOV-1995 | TYPE OF BAIL SET | Bail Type: SURETY; Judge/Bail: GEMMA; Amount: $150000.00; Percent Dep: 10; Date : 14-MAR-96 |
| 06-NOV-1995 | DOCKET NOTE | WITHDRAWN--PRO SE MOTION |
| 06-NOV-1995 | DOCKET NOTE | MOTION WITHDRAWN--PRO SE MOTION |
| 06-NOV-1995 | EVENT ACTION | PASSED |
| 06-NOV-1995 | EVENT ACTION | PASSED |
| 06-NOV-1995 | EVENT ACTION | GRANTED |
| 08-NOV-1995 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 15-NOV-1995 | MOTION TO PRODUCE | Party Filing: DEFENSE |
| 16-NOV-1995 | EVENT ACTION | POSTPONED |

(8)

# Criminal Docket Sheet Report

P1-1995-1200A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 16-NOV-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 20-NOV-1995 | RSP DEFT REQ FOR DISCOVERY | Party Filing: STATE ; Note: RESPONSE TO SECOND MOTION FOR SUPPLEMENTAL DISC |
| 28-NOV-1995 | MOTION TO REDUCE BAIL | Party Filing: DEFENSE |
| 07-DEC-1995 | ANSWER FILED | Party Filing: STATE ; Note: TO MOT TO PRODUCE |
| 07-DEC-1995 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 07-DEC-1995 | DOCKET NOTE | TO PRODUCE |
| 07-DEC-1995 | EVENT ACTION | POSTPONED |
| 07-DEC-1995 | EVENT ACTION | DENIED |
| 07-DEC-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 14-DEC-1995 | EVENT ACTION | POSTPONED |
| 14-DEC-1995 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 05-JAN-1996 | MOTION TO REDUCE BAIL | Party Filing: DEFENSE |
| 09-JAN-1996 | EVENT ACTION | POSTPONED |
| 09-JAN-1996 | EVENT ACTION | POSTPONED |
| 09-JAN-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 09-JAN-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 12-JAN-1996 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 16-JAN-1996 | MOTION | Party Filing: DEFENSE ; Note: FOR TANGIBLE EVIDENCE |
| 16-JAN-1996 | ORDER ENTERED | Party Filing: COURT |
| 16-JAN-1996 | EVENT ACTION | DENIED |
| 16-JAN-1996 | EVENT ACTION | GRANTED |
| 16-JAN-1996 | EVENT ACTION | GRANTED |
| 23-JAN-1996 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 31-JAN-1996 | EVENT ACTION | POSTPONED |
| 31-JAN-1996 | EVENT REASON | PROSECUTOR ON TRIAL OTHER COURT |
| 12-FEB-1996 | MOTION TO COMPEL | Party Filing: STATE ; Note: ALL DEFNS |
| 13-FEB-1996 | REPORT TANGIBLE EVID VIEWING | Party Filing: STATE |
| 14-FEB-1996 | EVENT ACTION | COMPLETED |
| 14-FEB-1996 | EVENT REASON | CASE PASSED FOR TRIAL |
| 15-FEB-1996 | DOCKET NOTE | FOR COMPLIANCE |
| 15-FEB-1996 | EVENT ACTION | PASSED |
| 15-FEB-1996 | EVENT REASON | BY ORDER OF THE COURT |
| 16-FEB-1996 | ORDER ENTERED | Party Filing: COURT |
| 16-FEB-1996 | RSP ST'S REQ DSCVY/ALIBI | Party Filing: DEFENSE |
| 16-FEB-1996 | ST'S SPL RSPN MOT DSCVY/INSPEC | Party Filing: STATE |
| 19-FEB-1996 | JUDGMENT OF ACQUITTAL ENT 29A | Party Filing: COURT |
| 19-FEB-1996 | MOTION TO SEVER | Party Filing: DEFENSE ; Note: AND MOT TO PRODUCE |
| 19-FEB-1996 | CASE OPENS TO JURY/TRIAL PROCD | |
| 19-FEB-1996 | EVENT ACTION | COMPLETED |
| 20-FEB-1996 | ANSWER FILED | Party Filing: DEFENSE ; Note: SUPPLEMENTAL TO DISCOVERY |
| 20-FEB-1996 | MOTION TO COMPEL | Party Filing: DEFENSE |
| 23-FEB-1996 | MOTION FOR SPEEDY TRIAL | Party Filing: DEFENSE |
| 27-FEB-1996 | DOCKET NOTE | COUNT 2 ONLY!!! |

9

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 27-FEB-1996 | EVENT ACTION | GRANTED |
| 27-FEB-1996 | EVENT REASON | BY JUDGE |
| 29-FEB-1996 | REQUEST | Party Filing: DEFENSE ; Note: FOR INSTRUCTIONS |
| 29-FEB-1996 | REQUEST | Party Filing: COURT ; Note: FOR JURY INSTRUCTIONS |
| 01-MAR-1996 | OTHER DOCUMENT | Party Filing: COURT ; Note: INTERROGATORIES |
| 01-MAR-1996 | TRIAL PROCEEDS AND CONCLUDES | |
| 01-MAR-1996 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: ANDERSON, DALE |
| 01-MAR-1996 | DISPOSITION PROSECUTOR | Prostr: SOCCIO |
| 01-MAR-1996 | CASE DISPOSED | |
| 01-MAR-1996 | DOCKET NOTE | JURY AGREES TO A SENTENCE OF LIFE W/O PAROLE |
| 01-MAR-1996 | EVENT ACTION | DISPOSED |
| 01-MAR-1996 | EVENT REASON | JURY RETURNS VERDICT |
| 08-MAR-1996 | PRESENTENCE REPORT ORDERED | |
| 08-MAR-1996 | EVENT ACTION | DENIED |
| 08-MAR-1996 | EVENT ACTION | POSTPONED |
| 08-MAR-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 14-MAR-1996 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Judge/Bail: SHEEHAN |
| 14-MAR-1996 | EVENT ACTION | COMPLETED |
| 29-APR-1996 | MEMORANDUM FILED | Party Filing: DEFENSE ; Note: ON SENTENCING |
| 01-MAY-1996 | EVENT ACTION | POSTPONED |
| 01-MAY-1996 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 02-MAY-1996 | LETTER FILED | Party Filing: STATE |
| 31-MAY-1996 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 31-MAY-1996 | CASE DISPOSED | |
| 31-MAY-1996 | EVENT ACTION | SENTENCED |
| 14-JUN-1996 | NOTICE OF APPEAL SUPREME COURT | Party Filing: DEFENSE |
| 05-JUL-1996 | ORDER FOR TRANSCRIPT | Party Filing: COURT |
| 15-JUL-1996 | REQUEST | Party Filing: DEFENSE ; Note: TO FILE TRANS OUT OF TIME |
| 09-AUG-1996 | MOTION FOR ENLARGEMENT TIME | Party Filing: DEFENSE |
| 03-SEP-1996 | AGREEMENT ON DETAINERS | Party Filing: STATE |
| 13-NOV-1996 | LTR,TRANSCRIPT SENT SUPREME CT | Party Filing: COURT ; Note: PARTIAL |
| 19-NOV-1996 | TRANSCRIPT(S) FILED | Party Filing: COURT ; Note: PARTIAL |
| 14-JAN-1997 | CASE TRANSMITTED TO SUPREME CT | |
| 14-JAN-1997 | LTR,TRANSCRIPT SENT SUPREME CT | Party Filing: COURT ; Note: COMPLETED |
| 14-JAN-1997 | EVENT ACTION | COMPLETED |
| 14-JAN-1997 | EVENT REASON | APPEAL PERFECTED |
| 30-NOV-2000 | MOTION TO REDUCE SENTENCE | |
| | **Affiliated Party:** BUSTAMANTE, ADRIAN | |
| 16-JAN-2001 | MOTION T/REDUCE SENTENCE EVENT | |
| 16-JAN-2001 | DENIED | |
| 16-JAN-2001 | ZZZ PASSED | |

10

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 22-JAN-2001 | NOTICE OF APPEAL SUPREME COURT | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 25-JAN-2001 | ORDER FOR TRANSCRIPT | |
| | **Affiliated Party:** BUSTAMANTE, ADRIAN | |
| 08-MAR-2001 | COURT ASSESSMENTS PD IN FULL | ANSWER TO DEFENDANTS APPLICATION FOR POST-CONVICTION RELIEF |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 15-MAR-2001 | APPEAL SUPREME COURT EVENT | |
| 15-MAR-2001 | LTR,TRANSCRIPT SENT SUPREME CT | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 15-MAR-2001 | CASE TRANSMITTED TO SUPREME CT | |
| 17-APR-2002 | RETURNED FROM SUPREME COURT | |
| 17-APR-2002 | CASE REC'D FROM SUPREME COURT | TRANSCRIPTS FILED IN BIN 20 |
| 17-APR-2002 | JUDGMT APPEAL FROM IS AFFIRMED | |
| | **Affiliated Party:** RHODE ISLAND COURTS | |
| 30-APR-2002 | COMPLETED | |
| 10-SEP-2002 | FILE TRANSFERRED RECORD CENTER | |
| 21-APR-2003 | FILE REC'D FROM RECORD CENTER | |
| 30-DEC-2003 | FILE TRANSFERRED RECORD CENTER | |
| 23-SEP-2004 | FILE REC'D FROM RECORD CENTER | |
| 16-JUN-2005 | FILE TRANSFERRED RECORD CENTER | |

11