UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADRIAN BUSTAMANTE | : | |
| | : | |
| v. | : | C.A. No. 06-07T |
| | : | |
| ASHBEL T. WALL | : | |

**MEMORANDUM AND ORDER**

Before this Court is Adrian Bustamante's ("Bustamante" or "Petitioner") Motion to Amend (the "Motion"). The Motion was filed by Petitioner *pro se* on April 3, 2006. (Document No. 10). Subsequently, Petitioner retained counsel, and Petitioner's counsel was given leave to file a further memorandum supporting the Motion. (Document No. 20). In sum, Petitioner requests that he be permitted to amend his Complaint to add six additional grounds. Petitioner claims that the amendment should be permitted because the proposed claims 'relate back' to the original petition, and also because the statute of limitations does not bar the claims. The State objects to the Motion. The Motion has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). For the reasons set forth below, Petitioner's Motion to Amend is GRANTED.

Under 28 U.S.C. § 2242, a Petition for Writ of Habeas Corpus may be amended "as provided in the rules of procedure applicable to civil actions." Rule 15 of the Federal Rules of Civil Procedure states that leave to amend "shall be freely given when justice so requires." Both parties presented the Court with well-reasoned arguments supporting their positions as to the application of the statute of limitations and the 'relation back' of the proposed claims. Because it is a close call, the Court defers to the liberal rule of amendment provided in the federal rules, and GRANTS

Petitioner's Motion to Amend. (Document No. 10). The amendment, however, will be without prejudice to any of the procedural or substantive defenses presented by the State.

Petitioner must file his Amended Petition by September 25, 2006. Petitioner has also requested additional time to provide the Court with a memorandum supporting the merits of the amended claims. (Document No. 21). Petitioner's request for enlargement of time is GRANTED; Petitioner must file his Memorandum by October 13, 2006. The State is granted until October 27, 2006 to respond to the Petitioner's Memorandum. This Court will thereafter issue a Report and Recommendation to Chief Judge Torres on Bustamante's Petition for Writ of Habeas Corpus.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
September 11, 2006