UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | **C.A.: 06-07T** |
| | } | |
| **ASHBELL T. WALL** | } | |
| | } | |
| **Defendant** | } | |

# APPENDICES TO MEMORANDUM IN SUPPORT OF PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS

**Joseph R. Palumbo, Jr., #0405**
294 Valley Road
Middletown, RI 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net
Attorney for Petitioner

INDEX TO APPENDICES


| | |
|---|---|
| *State v. Bustamante*, 756 A.2d 758 (R.I. 2000) | A |
| | |
| *State v. Bustamante*, 793 A.2d 1038 (R.I. 2002) | B |
| | |
| *Bustamante v. Wall*, 866 A.2d 516 (R.I. 2005) | C |
| | |
| Excerpts of trial transcripts | D |
| | |
| Transcripts of Sentencing Hearing | E |
| | |