# APPENDIX D

home about 2:30 in the morning to borrow some money from her. Mrs. Casserly didn't have the cash to give him but she gave him a check for twenty-five dollars and zero cents. John was driven there by Adrian Bustamante with Rene Gorman. They waited outside. They did not go in the house. Mrs. Casserly will tell you that she gave her son the check and that's the last time she saw him. You will also hear when John came outside that there's a fight among the three of them, how are they going to buy drugs with the check. They still had the one hundred dollars.

When John and Adrian Bustamante went to go purchase that cocaine that is when the trouble was. He got ripped off. John did not want to go back. You will hear Rene Gorman testify that the deceased did not want to go back to 181 Paradis and face Carlo Belloli and what happened there, but he was forced into the van. He was forced into the van by Adrian Bustamante and Rene Gorman assisted in doing that and they went back to 181 Paradis Avenue. They went, John, the deceased, went into the apartment. There's a big argument about no money and no drugs and that's when the trouble started. That's when the victim, the deceased in this case, suffered those injuries. He was brutally stabbed, the state will prove, by Carlo Belloli and Adrian Bustamante

and it started off with wrestling and punching and kicking and you will hear testimony from Chuckie Roy, "Little Chuckie", that the victim, John Casserly, tried to get out of the apartment and wasn't able to. That he was hit on the head with a flashlight and you will see this flashlight. He was hit on the head by Rene Gorman with that. He was also hit on the head with the flashlight by Adrian Bustamante and you will hear that there was more than one knife involved. You will see one of those knives. The state doesn't have the other knives to show you but you will hear testimony that there is more than one knife. The state will prove to you that this happened over a period of hours, approximately from three to five-thirty.

You will also hear testimony that the victim, John Casserly, was stomped on, his head was stomped on. You will hear that not only was Timmy Gorman forced to stab the body but at the same time that Timmy had stabbed the body. Prior to that, Luis DeJesus also stabbed the body. At the end, after Carlo Belloli and Mr. Bustamante had finished, you will also hear that approximately five-thirty, quarter to six, a neighbor sees Carlo Belloli and Charles Roy taking the body out of 181 Paradis and into a van into Carlo's van. That body at that point was wrapped up and this witness will

Q Do you remember what time it was that you and John went out?
A Four or five o'clock.
Q Where did you and John go?
A Pretty sure we went to the Monument Pub in Woonsocket.
Q How long did you and John stay at that pub?
A An hour or two.
Q From there where did you go?
A I went--we went and bought drugs.
Q Do you remember what time that was then?
A Six or seven.
Q You said you went to buy drugs. You went to buy cocaine?
A Yes, I did.
Q Who had money?
A We both did.
Q And did you go to any particular house or street in Woonsocket?
A We met someone on the street.
THE COURT: Any time you can't hear, please raise your hand and we will have it repeated.
Q What did you buy Mr. Deering?
A A couple of bags of cocaine.
Q How much was that?
A Forty dollars.

Q After you bought the cocaine where did you and John go?
A We walked to my house to do it.
Q How far away was your house from where you bought the cocaine?
A Two miles.
Q Neither one of you were driving that night?
A No.
Q When you arrived at your house did you use the cocaine?
A Yes, we did.
Q Did you smoke it?
A Yes, we did.
Q And John did also?
A Yes, he did.
Q And how long a period of time were you at your house doing that?
A An hour or two drinking and doing drugs.
Q Were you also drinking beer?
A Oh, yes.
Q At some point did you leave your apartment?
A Yes, we did.
Q What time was that?
A After we done the drugs, probably around eleven o'clock.
Q And when you left again, you and John were walking?
A We went to get some more drugs.

Q You went to what?
A Get more drugs.
Q And did you go back to the same place that you were at before?
A Yes. We stopped off at a friend's house first.
Q Whose house was that?
A Roland Dulac.
Q How long did you stay at that friend's house?
A Five or ten minutes. We went--we owed him a couple of bucks. We gave it to him and then we screwed.
Q Now after you left your friend's house you and John walked where, to what direction?
A Down Bernon Street towards--to get some cocaine when we met these people.
Q You said you met "these people." How many people did you meet?
A We met two guys.
Q And what were these two guys doing when you saw them?
A They were going to the bathroom outside their van.
Q So you saw a van?
A Yes.
Q Where was the van parked?
A On Bernon Street.
Q Did you and John approach these two individuals?
A Yes. We just started talking to each other, shooting

the shit and they asked me if I could get them drugs and I asked them if they were cops and they said no. The way they were acting I believed them, so I said, yeah I'll get you some drugs. So we jumped in their van and we went where I get drugs.

Q You and John got in the van with these two individuals?

A Yes, we did.

Q How would you describe the driver of that van?

A Dark, dark, set a little heavier than me, scruffy, dirty.

Q Were you able to identify who the driver was?

A No, I wasn't. I was talking to the passenger.

Q In the van, where were you sitting?

A In between both the guys.

Q And where was John sitting?

A Behind me.

Q From there you said you went to buy more cocaine?

A Yes, we did.

Q After you bought it, what happened then?

A We went back to my house to do it and I had beers there so we drank and partied and I didn't like the way they were acting so we did the drugs fast and I wanted them to leave and John wanted to go with them and I told him not to, I said, "we have to work in the morning. It's late. I think we had enough" and he said, no, he wanted

to go, so I couldn't talk him out of it, he says, and I asked him if he was all set. He said, yeah, he said he was all set and then he left with them.
Q John left with those two individuals in the van?
A Yes, he did.
Q Was that the last time you saw John Casserly?
A Yes, I did.
Q Approximately what time was it when John left?
THE COURT: Please speak up. The jury can't hear you.
A Around 1:00, 1:30. It was late morning, early in the morning.
MR. FAHEY: Your Honor, I didn't catch that.
(STENOGRAPHER READ BACK THE LAST ANSWER)
Q During the course of your talking with these other two individuals in the van you never heard any names?
A No, I didn't.
Q Did you see John actually go into the van with these individuals or did you last see him leaving your apartment?
A I seen him leaving my apartment and they said they were going to give him a ride. I asked him if he was all right and he said yes.
Q Do you know where John Casserly was living at that time?
A He was living with his Ma. He was ready to move in with

MS. SOCCIO: Your Honor could we do 1A? Perhaps 1 and 1A only because this particular one had the signature of this witness that I wanted to use.

MR. ANDERSON: No objection, your Honor.

THE COURT: All right 1 and 1A. COURT: 1A will be the second one you are introducing.

(STATE'S EXHIBITS 1 AND 1A MARKED FOR IDENTIFICATION)

MS. SOCCIO: The original.

Q Mr. Deering I'm handing you what's been marked as State's 1A and 1 for identification. Do you recognize those photos?

THE COURT: Just yes or no.

A Yes, I do.

Q And how do you recognize them?

A Those were the ones that the police officers showed me.

Q Now, you made an identification from those photographs?

A Yes, I did.

Q And, in fact, which photograph did you identify as the passenger?

A Number five.

Q And instead of signing the original photograph do you remember seeing this?

A Yes, I do.

Q Which is State's 1?

A Yes.
Q And did you sign that?
A Yes, I did.
Q And what is the date on that that you signed it?
A 12/5/94.
Q Why did you sign it under that particular picture?
A Because that was the man that was at my house, the one that left with Johnny.

MS. SOCCIO: I have nothing further, your Honor.

CROSS-EXAMINATION BY MR. ANDERSON

Q You told--did the police later tell you the name of the man you had identified was Charles Roy, correct?
A Yes, sir, I believe so.
Q And you had told the police that that man was acting crazy?
A Yes, he was.
Q He said he had just gotten out of prison?
A Yes, he did.
Q He said it was no big deal?
A Yes, he did.

MR. ANDERSON: Nothing further.

CROSS-EXAMINATION BY MR. FAHEY

MR. FAHEY: Good afternoon, sir.

THE WITNESS: Excuse me?

MR. FAHEY: Good afternoon.

A It was all four of us.
Q And who were the four of you?
A I never met the guys in my life. They were strangers.
Q And did you ever go to Roland Dulac's house?
A Just after--just before we met the guys.
Q And who is Roland Dulac?
A He was a friend of us.
Q Was he using controlled substances too?
A No, he wasn't. We owed him money from gambling or something or playing cards.
Q You owed him money for gambling?
A Excuse me?
Q Owed him money from gambling?
MS. SOCCIO: Objection.
THE COURT: I will allow it.
A Something, I don't know what it was, maybe a football game, a baseball game, ten bucks, you know what I mean.
Q Was he a bookie?
A No, no.
MS. SOCCIO: Objection.
THE COURT: He's answered it.
Q And how long have you been using drugs, sir?
A Twenty years.
Q And do you use heroin?
A No, my sister died on it, never.

Q Who do you live there with?
THE COURT: The jury cannot hear this witness.
A I live with my mother, my two brothers and my sister.
Q I'm going to direct your attention to December 1st of 1994, it's a Thursday afternoon. Do you have an uncle named Charles Roy?
A Yes, I do.
Q Did you get a call from him on that day?
A Yes, I did.
Q And as a result of that call did you arrange for some of your friends to get together with you?
A Yes.
Q And who were those friends?
A Me, Michael, Danny, Timmy, Buzzy, Luis, Jesse and Robert Pointer.
Q Let's back up a little bit. You said Buzzy?
A Rene.
Q Is that Rene Gorman?
A Yes.
Q And was it Rob Pointer?
A Yes.
Q Jesse Kegley?
A Yes.
Q Daniel Dunbar?
A Yes.

Q How old is Michael Roy?
A He's fifteen.
Q Now, you got your friends together for--strike that. Your friends were gathered together by you and who was supposed to pick you up?
A My Uncle Chuck with Carlo, Buzzy, his son Tommy and Tracey.
Q Your Uncle Chuck was coming to pick you up in Milford, correct?
A Yes.
Q And he was in a van?
A Yes.
Q Whose van was it?
A Carlo's.
Q And when you say "Carlo's" is that Carlo Belloli?
A Yes.
Q Do you see Carlo Belloli in the courtroom today?
A Yes.
Q Can you point to him and tell the Court what he's wearing?
A He's wearing a white tee shirt, I mean, a white shirt.
Q Did you know in December of'94 where Carlo Belloli lived?
A Yes.
Q Where did he live?

Q Did you have occasion to go to Milford to visit your family?
A Yes.
Q While you were still staying at your Uncle Chuck's?
A Yes.
Q Had you been over Carlo Belloli's house before?
A Yes.
Q How many times?
A A lot.
Q On a weekly basis?
A Yes.
Q More than five times?
A Yes.
Q Now on December 16, 1994 who was in the van that came to pick you up?
A Buzzy, my Uncle Chuck, his son Tommy and Carlo and Tracey.
Q Who was driving the van?
A Carlo.
Q And Tommy Roy, how old is he?
A He's seven.
Q Now, what was your--strike that. When you got into the van do you remember what time it was?
A Six or seven.
Q Now, you were getting together with these friends

A Yes, we did.
Q Where did you stop?
A The liquor store.
Q Did anyone get out of the van and go and buy liquor in the liquor store?
A Yes.
Q Who did that?
A My Uncle Chuck and Carlos (sic).
Q Did you say Carlos?
A Yes.
Q Do you mean Carlo?
A Yes.
Q That's just your way of saying it?
A Yes.
Q After you stopped at the liquor store where did you go?
A Went back to Carlo's and my Uncle Chuck's house.
Q Where did you go first? Whose house?
A We went to my Uncle Chuck's house.
Q And did all your friends get out of the van?
A Yes.
Q What did you do at Uncle Chuck's house?
A I went upstairs and show him the snakes and stuff like that.
Q Your Uncle Chuck had snakes?
A Yes.

Q Was Rene Gorman, "Buzzy" with you or did he go to Carlo's house?
A He was--
MR. FAHEY: Objection your Honor.
THE COURT: Ground.
MR. FAHEY: Leading, multiple questions.
THE COURT: I will allow it.
MR. FAHEY: Your Honor ruled?
THE COURT: Yes. I said I will allow it.
MR. FAHEY: Didn't hear the answer. I wanted to make sure.
THE COURT: What answer do you want to hear? My answer or the witness's answer. All right. Rephrase it. Ask the question again if you want to.
Q Where was Rene Gorman or Buzzy while you were at Uncle Chuck's?
A He was with us.
Q With you at Uncle Chuck's?
A Yes, he was.
Q Do you remember what time it was that you arrived at Uncle Chuck's house?
A Well, like 7:30.
Q About 7:30. Was there any discussion about getting tattoos that night?
A Yes, there was.

Q Who was going to get a tattoo?
A All of us.
Q When you say "all of us"?
A Timmy, me, my brother, Rob, Buzzy, Luis, Dan.
Q Who was going to give those tattoos?
A Ponch.
Q Who's Ponch? Do you see him in the courtroom today?
A Yes, I do.
Q Could you point to him and tell the Court what he's wearing?
A The tux.
THE COURT: The tux?
A The tuxedo.
Q Could you describe the color of what he's wearing?
A Gray with a tie with a shirt.
THE COURT: You have to speak up.
A White shirt with a tie.
Q So that's a suit?
A Yes.
Q You call it a tuxedo?
A Yes.
THE COURT: We will take our noon recess. You may step down. Please, ladies and gentlemen, do not discuss the case among yourselves or with anyone else. It's essential that you don't form any opinion until the

AFTERNOON SESSION

(JURY ENTERED THE COURTROOM)

THE COURT: Good afternoon ladies and gentlemen. Counsel waive the polling of the jury?

MS. SOCCIO: The state does, your Honor.

MR. ANDERSON: Yes, your Honor.

MR. FAHEY: Yes, your Honor.

THE COURT: What that means, ladies and gentlemen, they agree you're the same people that were here this morning otherwise we'd have to give a roll call.

(CHARLES ROY RESUMED THE STAND)

CONTINUED DIRECT EXAMINATION BY MS. SOCCIO

MS. CLERK: May I remind you, Mr. Roy, you're still under oath.

THE WITNESS: Yes.

Q Now, Chuckie you were talking about how it was when you got to your Uncle Chuck's house, correct?
A Yes.
Q And you also spent some time at Carlo's house, is that right?
A Yes.
Q When you were at Carlo's house do you remember what time that was?
A Around 8:00.
Q And was someone named Tracey there also?

A Yes.
Q Now what time did you wake up?
A Around 11:00, 11:30.
Q Was there anything that woke you up?
A Yes.
Q What woke up you up?
A Toothpaste in my face.
Q And what did you do when you realized you had toothpaste on your face?
A I went and washed my face and then I went up to my Uncle Chuck's house.
Q Do you know who put toothpaste on your face?
A Yes.
Q Who?
A Carlos (sic).
Q How do you know that?
A Because when I woke up he was laughing at me.
Q After you went back to Uncle Chuck's do you remember what time that was?
A 11:30, 12:00.
Q And when you left Carlo's house who was there?
A Carlos (sic), Buzzy and Luis.
Q And when you went to Uncle Chuck's house who was there with you?
A Me and my brother Timmy, Danny, Jesse and Rob and my

A Four, three.
Q Three or four.
A It was either 3:00 in the morning?
A Or 4:00.
Q Was there a clock there in the room for you to see?
A In the kitchen but I didn't look.
Q So you're guessing that it was around that time?
A Yes.
Q Now, why did Luis and Buzzy wake you up?
A Because they told me somebody was getting beat up in Carlo's house.
Q Were you the only one--strike that. Was anyone else awake?
A Yes.
Q Who else was awake?
A Timmy.
Q And did you and Timmy leave Uncle Chuck's at that point?
A Yes, we did.
Q And what about Rene Gorman, Buzzy and Luis did they leave with you?
A Luis did and Buzzy stayed up there and he came down a couple of seconds after us.
MS. SOCCIO: Keep your voice up.
THE WITNESS: Yes.
Q You said Luis stayed there and Buzzy stayed there?

A Me, Timmy and Luis went down and Buzzy stayed up there with my Uncle Chuck and then he came down like ten seconds after we left.
Q Now, you and Timmy and Buzzy--strike that. You, Timmy and Luis went, correct?
A Yes.
Q Went to Carlo's house?
A Yes.
Q Do you know if Buzzy, Rene Gorman, was talking to your Uncle Chuck about what was going on --
A I don't know.
Q -- when you went to Carlo's house?
A Yes.
Q What floor does he live on, do you remember?
A The first floor.
Q And did you enter into that house?
A Yes, I did.
Q And what did you see?
A A guy there laying on the ground bleeding.
Q And where did you see the blood coming from?
A His head.
Q What did you do once you walked into Carlo's apartment?
A Sitting next to the bar.
Q There's a portable bar?
A Yes.

Q What room in the house is that in?
A The dining room.
Q What did Luis and Timmy do?
A They sat down too.
Q So the three of you were sitting down?
A Yes.
Q What was going on when you walked into Carlo's house?
A Some guy was getting beat up.
Q Did you hear any words exchanged?
A Yes.
Q What did you hear?
A They wanted to know where their money was.
Q When you say "they" who's they?
A Ponch and Carlos (sic).
Q Do you remember what words they were using?
A Yes.
Q What were they saying?
A "I want my money now".
Q Both of them were saying that?
A Carlos (sic) was.
Q And what did you see them do, if anything?
A Saw them step on the guy's head.
Q Who stepped on the guy's head?
A Carlos (sic).
Q Carlo did?

A Yes.
Q What about Ponch?
A He was stepping, kind of.
Q Was what?
(STENOGRAPHER READ BACK THE LAST ANSWER)
A He stabbed the guy on his butt.
Q Did you see a knife in Ponch's hand?
A Yes, I did.
Q Do you remember what the knife looked like?
A Yes, it was a pocket knife.
Q Did you see Ponch do anything else to the man lying on the floor?
A Yes, I did.
Q What else did he do?
A When the guy got up and started wrestling with Carlos (sic), Ponch came behind him and started stabbing him in the back, this side.
Q What side?
A The left side.
Q Did you see anyone kick the victim?
A Yes, I did.
Q Who did that?
A Carlos (sic).
Q At some point did you see Carlo get a knife?
A Yes, I did.

Q Where did you see him get a knife from?
A From the spare room.
Q Can you describe what that knife was like?
A It was like a survival knife.
Q A what?
A A survival knife.
Q Did you see more than one knife that night?
A Yes, I did.
Q How many did you see?
A I saw three knives altogether.
Q When you say a survival knife how would you describe that?
A It's camouflage at the handle.
Q There's a compass on it?
A No.
Q And what about Buzzy, Rene Gorman, did he do anything?
A Yes, he did.
Q What did he do?
A He was hitting the guy over the head with a flashlight every time he screamed.
Q You heard the victim screaming?
A Yes, I did.
Q Did you hear anything that he said?
A Leave me alone.
Q Did anyone else hit the victim with a flashlight?

A Not that I saw.

Q What were you doing as this was going on?

A Sitting down.

Q What about Timmy?

A Sitting down.

Q And Luis?

A Sitting down.

Q How many times did you see Carlo Belloli stab the victim?

A Ten times.

Q What about Ponch?

A I'd say the same.

Q Did you see if the victim on the floor tried to get to the door?

A Yes, he did.

Q And what--

A He got up and started wrestling with Carlos (sic) and Carlos (sic) started stabbing him in the side and Ponch came behind him and started stabbing him and then he fell to the ground.

Q Did he fall--did the victim, did he fall on his stomach or on his back if you remember?

A Like on his stomach, like the side right here.

Q You're pointing to the left side?

A Yes.

Q Did you hear anything else that the victim was saying or doing?
A No.
Q Was he fighting back?
A He was trying to.
Q Did he have any weapon in his hands?
A No.
Q What did--what, if anything, did Luis do?
A He stabbed him.
Q When did Luis stab the victim?
A After the guy that was laying on the ground, after he was, I guess, dead.
Q Why did he--at what point was that?
A After they got--after he was done wrestling with Carlos (sic) and they were stabbing him.
MS. SOCCIO: Keep your voice up.
THE WITNESS: Yes.
Q You said that he was dead. What did you see?
A Some blood gushing out of his side.
Q Were his eyes opened or closed?
A I don't remember.
Q Do you remember if he was breathing or not?
A He breathed and stopped for five minutes and then breathed again. He would breathe, take a deep breath and then he would stop for five minutes and then he