would breathe again.

Q And is it at this point that you said Luis stabbed the body?

A Yes.

Q And what about Timmy?

A Yes.

Q How old was Timmy at that time?

A Twelve.

Q What happened with Timmy?

A Ponch told him to go ahead if it makes you feel good. Timmy did it.

Q Timmy did what?

A Stabbed the guy.

Q Did you hear Carlo threaten you?

A Yes, I did.

Q What did he say to you?

A He said, "keep your mouth shut or this will happen to you".

Q Did you hear Ponch, Adrian Bustamante, threaten you or any of the other boys?

A No, I didn't.

Q Who handed Timmy the knife?

A Ponch.

Q Do you remember what knife it was?

A The pocket knife.

Q Who else used that pocket knife?
A Luis.
Q At some point you left?
A Yes.
Q When you left, who was still there at Carlo's house?
A Buzzy, Ponch, Carlos (sic) and Luis.
Q Where did you go?
A I went up to my Uncle Chuck's house.
Q Did Timmy come with you?
A Yes, he did.
Q What did you do once you were at Uncle Chuck's house?
A We went up there and I sat down and he beeped over to us and told us to bring another blanket.
MR. FAHEY: I didn't hear?
A He beeped up for the--
THE COURT: Still didn't hear.
MR. FAHEY: Could I request it be read back?
A And a blanket, not another blanket.
MS. SOCCIO: I want to go over that again.
THE WITNESS: Yes.
Q While you were at Uncle Chuck's house was Uncle Chuck there?
A No.
Q Where was he, if you know?
A They beeped and he went down once we got up there.

Q He went down where?
A To Carlo's house.
Q When you were still at Carlo's house did your Uncle Chuck come in?
A No, he didn't.
Q But when you--but when you arrived back at Uncle Chuck's house he wasn't there?
A No. When we arrived to my Uncle Chuck's house he went down.
Q And when you say "down" you mean down the stairs and across?
A To Carlo's house.
Q Okay. And now when you said that your Uncle Chuck beeped you, what does that mean?
A That means that he has an intercom. He has an intercom phone to call. This--you press a button and it goes to his side because the phone was at Carlo's house and the other part was at my Uncle Chuck's house and you press a button and you get to, like, it's like a speaker phone and you get to talk to it.
Q Is that a usual way, the way you communicated between Carlo's house and Uncle Chuck's?
A Yes.
Q So you said that Uncle Chuck beeped you from Carlo's house, correct?

A Yes.
Q And after he beeped you, what did you do?
A He asked one of us, wanted me and Timmy to bring a blanket and Timmy brought down a blanket.
Q What kind of a blanket?
A A blue blanket.
Q What did you do?
A Just stayed up in the house.
Q Did Timmy come back inside?
A Yes, he did.
Q Do you know what time it was at this point?
A Like five.
Q Was it still dark out?
A Starting to get light.
Q Were the other boys still sleeping?
A Yes, they were.
Q At some point did you look out the window of Uncle Chuck's house?
A Yes, I did.
Q And what were you watching?
A They were putting the body in the van.
Q When you say "they" who's they?
A Carlos, (sic) Buzz and Luis, my Uncle Chuck.
Q From the window that you were looking from, what were you able to see?

gentlemen disregard that.
Q Did you see the van leave?
A I heard it take off.
Q What did you do after that?
A I went into the living room.
Q Of Uncle Chuck's house?
A Yes.
Q What did you do then?
A I watched t.v.
Q How long did you watch t.v. for?
A Half hour.
Q At some point did your Uncle Chuck come back?
A Yes.
Q Did he come back alone?
A No, he came back with Ponch.
Q What happened when they came back?
THE COURT: If anything. Do you know what happened?
A Yes, they came up. My Uncle Chuck went and took a shower and he got dressed and then Ponch was wiping the blood off his jacket and then they brought my brother Mike, Timmy, Luis and Danny to school.
Q Okay. You said Luis was that--strike that. After Uncle Chuck and Ponch came to Uncle Chuck's house, how long a period of time were you there while they were in the

A No, I didn't.
Q What did you do?
A I went upstairs and watched my cousin Thomas.
Q Thomas is your Uncle Chuck's son?
A Yes.
Q So you stayed. Did anyone else stay with you?
A Jesse and Buzzy.
Q So in the car with Ponch and your Uncle Chuck was Rob Pointer, is that correct?
A Yes.
Q Danny Dunbar?
A Yes.
Q Anyone else?
A My brother Mike and Timmy.
Q All right. How long did you stay at Uncle Chuck's after they left?
A For like half hour.
Q At some point did you go back to Carlo's house?
A Yes, I did.
Q Why did you do that?
A Because he beeped up to my Uncle Chuck's house and asked--he was talking to Buzzy and then Buzzy told us--told me that he wanted me and him to go downstairs and help him clean up.
MS. SOCCIO: Keep your voice up.

Q Do you remember what time this was?
A Seven.
Q And when you said that Carlo beeped you is it the same, push the button on the portable phone?
A Yes.
Q After he beeped you, did you and Buzzy, Rene Gorman, did you go to Carlo's house?
A Yes, we did.
Q What did you do once you got there?
A When he--me and Buzzy got some soap and water and I poured the water onto the rug and Buzzy was scrubbing the rug to get the blood off.
Q What was Carlo doing?
A He was getting changed.
Q Do you know if he took a shower?
A I think he did.
Q What else was he doing?
A He put a bloody towel in a bag and told me to bring it up to the second floor because it was an empty apartment.
Q Did you see him do any cleaning?
A Not that I remember, no.
Q Do you remember if he cleaned the stairs?
A Oh, yes, yes.
Q What did he do?

A Nothing.
Q Did he do anything with the rug?
MR. FAHEY: Objection, your Honor.
THE COURT: Sustained. Don't lead the witness, please.
Q Do you remember if Carlo did anything else?
A Yes.
Q What did he do?
A He took the rug from the living room and he put it over the--over where the body was laying where all the blood stains were, put it in the dining room.
Q Did anyone help him do that?
A No.
Q How long were you there cleaning up?
A Fifteen minutes, twenty minutes.
Q Did you leave at some point?
A Yes, I did.
Q Where did you go?
A Up to my Uncle Chuck's house.
Q Did you leave alone?
A No.
Q Who did you leave with?
A Carlos (sic) and Buzzy.
Q Carlo came with you?
A He didn't go to my Uncle Chuck's house, he left.

of'94?

A Yes.

MS. SOCCIO: Thank you. Your Honor next may I have the clerk mark 5 A, B and C.

THE COURT: State's 5 A, B, C for identification

(STATE'S EXHIBITS 5 A, B, C, MARKED FOR IDENTIFICATION)

Q Chuckie, I'm handing you what's been marked as State's 5, A, B and C. I'd ask you to look at each of those photographs and tell me if you recognize what's in that photograph?

A The bag that I brought upstairs.

Q And at whose direction did you bring that bag upstairs?

A Carlo's.

Q And what was in that bag if you remember?

A Towel.

Q A towel?

A A bloody towel.

Q Anything else do you remember?

A No.

Q And where did you take it too?

A Upstairs.

Q The second floor?

A Yes.

MS. SOCCIO: Your Honor, may counsel and myself

A Yes.
Q And you answered yes?
A Yes.
Q In that statement you told the police that Ponch and your uncle were up at your Uncle's apartment when the stabbing started?
A Yes.
Q And in that statement you and only you went over to Carlo's house?
A Yes.
Q Where you said you saw Carlo stab the victim, John Casserly?
A Yes.
Q And you went on in that statement to say that after you saw that, you went back to your Uncle and your Uncle went down to Carlos (sic)?
A Yes.
Q And came back?
A Yes.
Q Then Ponch went down to Carlo's --
A Yes.
Q -- and came back. In fact, there's nothing in that statement about your seeing Ponch stab the victim?
A Yes.
Q That's correct, right?

A Yes.
Q Instead you remember you told the police I will tell you what happened, beginning to end. You said Carlos (sic) and Buzz, Rene Gorman, ran him down, meaning, the victim, correct?
A Yes.
Q Carlos (sic) and Buzz took him over to Carlo's apartment?
A Yes.
Q And they went about him?
A Yes.
Q You said you saw Buzz hit him over the head with a flashlight?
A Yes.
Q You saw Carlos (sic) stab him in the back of the right leg?
A Yes.
Q And in the sides?
A Yes.
Q And in the stomach?
THE COURT: Would you answer that? In the stomach?
A Can I see my statement?
MR. ANDERSON: Certainly.
THE COURT: Just answer the question. Did you say

that?

A I don't remember.

MR. ANDERSON: I will come back to it in a second Mr. Roy. With the Court's permission I will show you the statement we're talking about.

THE COURT: Have it marked for identification

(DEFENDANT BUSTAMANTE'S EXHIBIT A FOR IDENTIFICATION)

Q On the third page, Mr. Roy, a good six lines down from the top. "I saw Carlos (sic) stab him in the back of the right leg and in the sides, and in the stomach". Do you see that?

A Can you show me where? Yes.

Q And do you recall, you recall being questioned at the police station that night, don't you?

A Yes.

Q And you recall also telling the police that Buzz and Carlos (sic) put the body in the van?

A Yes.

Q And Buzz and Carlos (sic) went to dump the body?

A Yes.

Q And Buzz and Carlos (sic) cleaned up the apartment?

A Yes.

Q There's nothing you told the police that night that Ponch even so much as hit the victim, John Casserly, correct?

Q You had, by the way, talked to your uncle several times before--strike that. You had talked to your uncle several times since he left Woonsocket and before this Sunday when you arrived at the Milford Police Station, correct?
A Yes.
Q You talked to him on the phone?
A Yes.
Q He had also talked to your mother, his sister, is that correct?
A Yes.
Q So when you got to the police station and they wanted to ask you some more questions you wanted to talk to your uncle first before you talked to the police?
A Yes.
Q And they let you talk to your uncle?
A Yes.
Q Over the phone?
A Yes.
Q The police-- you were not in the same room with your uncle?
A Huh?
Q You were not in the same room as your uncle when you were talking to him?
A No.

first time that you claim to have seen Ponch participate in the stabbing?
A Correct.
Q You still didn't tell them anything about your helping to clean up, correct?
A Correct.
Q You still didn't tell them anything about DeJesus' involvement, correct?
A Correct.
Q You didn't tell them anything that you told this jury about Timmy taking part in any stabbing, correct?
A Correct.
Q You didn't tell them anything about seeing Ponch wash knives, correct?
A Correct.
Q In both statements, however, you did mention seeing Buzz hit John Casserly with a flashlight, correct?
A Yes. Correct.
Q The next time--well, there came a time just over two weeks later after the evening in the Milford Police Department on December 20, 1994 that you gave testimony in court, correct?
A Correct.
Q That was over at the Garrahy courthouse?
A Correct.

Q Cindy Soccio asked you questions, correct?
A Correct.
Q I asked you questions?
A Correct.
Q A judge wearing a robe was in the courtroom?
A Correct.
Q Your answers were recorded?
A Correct.
Q And you, like today, you raised your right hand and you took an oath to tell the truth, correct?
A Correct.
Q You admitted then--strike that. You told us then that you had lied to the police in your first statement?
A Correct.
Q But you said you were then telling the truth?
A Correct.
Q You said you had stopped lying. You remember saying that?
A Correct.
Q You come clean?
A Yup.
Q Do you remember my asking you whether you ever saw the knife in Luis DeJesus' hands?
A No, I don't.
Q Do you see this question? "Do you see any kind of

confrontation in which Luis had a knife in his hand? Answer: No. Question: You never saw a knife in Luis' hand? Answer: No. "

THE COURT: Do you have that page, Miss Soccio?

MR. ANDERSON: I'm sorry that's Page 16.

MS. SOCCIO: I'm trying to locate it, a copy for you, Judge.

THE COURT: Take your time. I suggest that all counsel, before they start using the transcript, alert the other side the section they are using.

Q Do you recall being asked those questions and giving those answers?

A Yes.

Q So you're now testifying before this jury that that testimony was a lie?

A Correct.

Q A lie told under oath?

A Right.

Q About six weeks after that courtroom testimony in December of 1994 you were asked to go answer questions at the Attorney General's Office by a member of that office and you answered questions put to you by a member of that office named Angela Bucci. Do you remember that?

A Yup.

Q Do you remember that she tape-recorded her interview of you?
A Yes, I do.
Q Do you remember her asking you what Luis is doing? "Question: All right. He's not stabbing. Luis is not, he's stabbing him" and your answer: "Not that I seen." Do you remember that?
A Correct.
Q Is it fair to say, Mr. Roy,--strike that. Having already given two statements to the police, having testified in court and having been interviewed by a member of the Attorney General's Office, the police came to you yet a third time to take another statement from you. Do you remember that?
A Yes.
Q That was on March 15, 1995, do you remember that?
A Yes.
Q Do you remember that was only a couple of days before you appeared as a witness in the Grand Jury in this case?
A Yup.
Q And then for the first time you said, "I saw Luis stab a guy"?
A Correct.
Q But you knew by then that the state was about to

prosecute Luis DeJesus?
A No, I didn't.
Q You knew that when you were being interviewed by Angela Bucci--strike that. You knew the police were interested in asking you once again about what you may have seen Luis DeJesus do?
A Yes.
Q And this time, for the first time, you answered differently. You told them you did see Luis DeJesus stab?
A Yes.
Q You remember when you were in the Grand Jury being asked the question of why you changed your story about Luis DeJesus. Do you remember that?
A No, I don't.
Q Mr. Roy, I'm going to ask you to read just about the last four questions on this page and the first question on the next page, just to yourself. Now do you recall what you told the Grand Jury?
A Yes.
Q You told them that the police threatened to lock you up?
A Yes.
Q Now, going back to the Thursday afternoon you said that you were at that time in your life you were living at your Uncle Chuckie's, correct?

A What?
Q At the time of the events you're talking about and for some weeks earlier, if I understand your direct testimony, you said you were living at your Uncle Chuckie's?
A Yes.
Q But yet you were up in Milford Thursday afternoon, December 1st, correct?
A Correct.
Q Were you in school that day?
A I was going to school at that time.
Q Were you in school that day?
A No, I wasn't.
Q What were you doing up there?
A In Milford visiting my mom.
Q And that's where you got a call from your uncle?
A No. I called home to see if my Uncle Chuck called the house and that he was at the house and he told me that if my friends--we could go down to Woonsocket to beat up some guy.
Q So you talked to him over the phone?
A Yes, I did.
Q And he had a request for you?
A Yes.
Q He wanted you to gather your friends together?

A Yes.
Q And you did it, right?
A Correct.
Q You gathered up your friends together at your uncle's request?
A Yes.
Q Knowing that that was the purpose of beating up some guy?
A Correct.
Q Some guy down in Woonsocket?
A Correct.
Q Some guy that your uncle wanted you to beat up, correct?
A Correct.
Q And you learned from your uncle why it was that he wanted you and your group of friends to beat this guy up?
A Correct.
Q Earlier that day you learned Carlo's wife Nora had been arrested, correct?
A Correct.
Q She had been arrested--she had been arrested earlier that day.
MR. FAHEY: Objection, your Honor.
THE COURT: Sustained.
MR. FAHEY: Move to strike that.

A Yes.
Q By the time your uncle came to get you that afternoon you had succeeded in rounding up Timothy Gorman, correct?
A Correct.
Q Robert Pointer?
A Correct.
Q Danny Dunbar?
A Correct.
Q Luis DeJesus?
A Correct.
Q Jesse Kegley?
A Correct.
Q Your brother Michael?
A Correct.
Q All of those people got into the van to come back to Woonsocket that day, correct?
A Correct.
Q Also in the van was your Uncle Charles?
A Correct.
Q And Carlo Belloli?
A What?
Q And Carlo?
A Yes.
Q And this woman Tracey?

A Yes.
Q Tracey, by the way, is Tracey Peloquin, correct?
A Correct.
Q Also in the van was Rene "Buzz" Gorman, correct?
A Correct.
Q That's eleven or twelve people altogether, correct?
A Correct.
Q Some of those people were good friends of yours?
A Correct.
Q You knew Buzz Gorman for six, six or so years, six or seven years?
A Correct.
Q You knew Luis DeJesus for five or six years?
A Correct.
Q Some of these people you were related to, correct?
A Correct.
Q Buzz Gorman, in fact, is your cousin, right?
A No.
Q Is he related to you in any way?
A No.
Q Are you related to Timmy in any way?
A No.
Q Young Tommy is your cousin?
A Correct.
Q When you arrived in Woonsocket you spent some time at

it's--did he discuss stabbing somebody?

MR. ANDERSON: Then it's just the form of the question. I'd be happy to rephrase it.

THE COURT: All right.

(END OF SIDE BAR CONFERENCE)

THE COURT: Rephrase the question, please.

Q You said you did recall being at Carlo's house for awhile before Tracey went home, correct?

A Correct.

Q And Carlos (sic) was present?

A What?

Q Carlos (sic) was present?

A Correct.

Q This was after Ponch had arrived?

A Correct.

Q So he was present also?

A Correct.

Q And your Uncle Chuck was also present?

A Correct.

Q Buzz was present?

A Correct.

Q Rob Pointer was present?

A Correct.

Q In the presence of those people did you and Buzz, I'm sorry, did you and your uncle ever have a discussion

about stabbing John McKenna in the legs?
A Which one is that? Which one is that? Which John?
THE COURT: The victim.
Q The man you had been brought down to Woonsocket to beat up?
A Yes.
Q So you do recall such a discussion?
A Correct.
THE COURT: Who was in that discussion, you and who else?
A Me, my uncle. I don't know.
THE COURT: Just the two of you?
A Yes, a couple of more but I don't remember who it was.
THE COURT: Either of the defendants involved in the discussion?
A No.
Q By the way, do you recall testifying before the Court appearance back in December that you had only seen my client Ponch once before, that's once before that night?
A Correct.
Q On one occasion before that night?
A Correct.
Q You saw your uncle almost on a daily basis back then, correct?
A Correct.

Q Is it fair to say that he frequently wore black clothing?
A Not all the time.
Q He was wearing black jeans that night, wasn't he?
A I can't remember.
Q Did anyone ever ask you what he was wearing that night?
A Not that I remember.
Q The police never asked you?
A I don't remember.
Q Anyone from the Attorney General's Office ask you?
A I don't remember.
Q Even up until today?
A No.
Q No one wanted to hear, as far as you knew, from you, what your Uncle Chuckie was wearing that night.
MS. SOCCIO: Objection.
THE COURT: Sustained. Sustained as to the form.
MR. ANDERSON: I understand.
Q Do you remember what your uncle was wearing that night?
A No, I don't.
Q You remember he took a shower and changed his clothes in the morning?
A Correct.
Q You said on direct examination that later in the evening after you got woken up by having toothpaste put in your