Q At some point did Carlo leave the house?
A Yes he did.
Q Did he leave the house with Charles Roy, Uncle Chuck?
A I think so.
Q Do you know why they had to leave?
A No, I don't know why they had to leave.
Q Did you meet someone named Ponch that night?
A Yes, I did.
Q Did you know what his real name was?
A No, I didn't.
Q When did you meet Ponch?
A I met him about--I don't know, eight-thirty that night at Carlo's house.
Q Did he come into Carlo's house alone or with someone else?
A He came in by himself.
Q Do you know if someone went to go pick him up?
A Yes, Uncle Chuck and Carlo did, I think.
Q And when Ponch arrived what was going on then at Carlo's house?
A We were just sitting there listening to radio and smoking cigarettes.
Q Was there any drinking going on?
A Later that night there was.
Q When was that?

A That was about nine, nine-thirty.
Q There's any conversation during the time that you were there about no longer going to beat up some guy?
A Yes.
Q Do you remember who decided that that wasn't going to take place anymore?
A Uncle Chuck did.
Q Was anyone using cocaine?
A I think so but I think it--I think it was crack.
Q Why do you say that?
A Because there was smoke in the room that they were in.
Q What room were you talking about?
A It was--it was a far room. I don't know what room it was but I know it was a room next to the kitchen.
Q This is at Carlo's house, correct?
A Yes.
Q Who was going in and out of that room?
A Uncle Chuck went in once. Buzzy kept going in and out.
Q Anyone else?
A No.
Q Were you also watching movies at Carlo's house?
A We tried watching, I can't remember the movie, but we tried watching a movie. I think it was Boyz in the Hood. We tried watching that movie but it didn't work.
Q Did you watch any other movies?

A At Carlo's house, no.
Q Did you watch any porno movies?
A Yes, I did.
Q Where?
A At Uncle Chuck's house.
Q Now at some point did you leave Carlo's house to go back to Uncle Chuck's house?
A Yes, I did.
Q Do you know what time that was?
A That was about 11, eleven-thirty.
Q Now when you left Carlo's house at eleven, eleven-thirty who was still there?
A Jesse, Luis, no, wait. Luis was with us. Jesse, Rene, Carlo and that's it.
Q Had Uncle Chuck already left to go home?
A Yes, he did.
Q Do you know when he left?
A I think he left at ten-thirty.
Q What about Timmy, where was he?
A Timmy was already upstairs with Mike.
Q At Uncle Chuck's?
A Yes.
Q Now when you returned to Uncle Chuck's house where did you sleep?
A I slept on the floor in an open room with nothing in

it.
Q Did anyone sleep in that room with you?
A Yes.
Q Who was that?
A Mike, Timmy, Rob and "Little Chuckie".
Q Do you know what time you went to sleep?
A I went to sleep about midnight.
Q At some point were you awakened?
A Yes, I was.
Q What do you remember hearing?
A I just remember Buzzy waking up "Little Chuckie" and then they went into the kitchen and then I went right back to sleep.
Q You went back to sleep?
A Yes.
Q And you don't--strike that. Then when do you remember waking up?
A I remember waking up seven o'clock the next morning.
Q Did anyone wake you up?
A Yes "Little Chuckie" woke me up.
Q And at that point what did you do?
A I got dressed and I went downstairs and got in a car.
Q Whose car did you get into?
A I think it was Ponch's car.
Q Were you going home at that point?

morning, Luis DeJesus was in the car with you?
A Yes, he was.
Q You saw blood on his jacket?
A Yes, I did.
MR. ANDERSON: That's all. Thank you.
THE COURT: Mr. Fahey.

CROSS-EXAMINATION BY MR. FAHEY

Q Now it's fair to say that you were quite friendly with "Little Chuckie", is that correct?
A Yes, I am.
Q And how long have you known him?
A About six or seven years.
Q And refer to Charles Roy, Sr. as Uncle Chuckie, is that correct?
A Yes, I do.
Q And it is a fair statement that he's not your uncle?
A That's true.
Q And is there a particular reason you call him Uncle Chuckie?
A I just call him Uncle Chuckie.
Q Does he give you orders?
A No, he doesn't.
Q Well, it's fair to say that Uncle Chuckie, as you call him, is the one that decided that you were going to go to Woonsocket that day, is that correct?

A I don't know. I just heard that we were supposed to go to Woonsocket.
Q And did you hear that Uncle Chuckie was the one that wanted you to go to Woonsocket?
A No, I didn't.
Q Did you hear who wanted you to go to Woonsocket?
A No, I didn't.
Q Who told you that you were going to Woonsocket?
A Chuckie, Luis, Timmy, Jesse, Rob, and Chuckie's brother, Mike.
Q And have you ever heard of the Kool-Aid Gang?
A Yes, I have heard of the Kool-Aid Gang.
Q Will you tell everyone-
A The Kool-Aid Gang is me, Chuckie, Mike, Timmy, Jesse and Luis.
Q And any particular reason for the name Kool-Aid?
MS. SOCCIO: Objection.
THE COURT: Sustained.
Q And, in fact, do you recall the statement that you gave to the police?
A Yes, I do.
Q And you gave that statement on December 5, 1994 if you recall?
A Yes, I did.
Q And prior to your testifying here today did you

Q Nine people in the van?
A Yes.
Q And were they seated all over the van?
A Yes.
Q And you're sure there weren't twelve or thirteen in that van?
A I'm sure.
Q Only nine?
A Only nine.
Q Have you ever heard of the Dog Pound Gang?
A Yes.
Q And who's the Dog Pound Gang?
A People call us the Dog Pound Gang too.
Q "Little Chuckie" was in the Kool-Aid Gang?
A Yes.
Q And if I told you that "Little Chuckie" said he wasn't in the Kool-Aid Gang would you say that's true or false?

MS. SOCCIO: Objection.

THE COURT: Sustained.

MR. FAHEY: No further questions, your Honor.

REDIRECT EXAMINATION BY MS. SOCCIO

Q Danny, the statement that Mr. Fahey showed you that you signed, you didn't write this statement out, however, did you?

A I work in the Probation Department.
Q How long have you worked there?
A Nine and a half years.
Q Do you know the defendant, Carlo Belloli?
A Yes, I do.
Q Do you see him seated in the courtroom?
A Yes, I do.
Q Can you point to him and tell the Court where he's sitting?
A He's in the plaid shirt at the defendant's table.
Q How long have you known Carlo Belloli?
A About five years.
Q Do you know his wife?

MR. FAHEY: Objection, your Honor. Might I approach, Your Honor?

THE COURT: On the record or off?

MR. FAHEY: Yes your Honor.

(THE FOLLOWING TOOK PLACE AT THE SIDE BAR)

MR. FAHEY: It's a minor matter, your Honor, but he's not married to the person he's referring to as his wife.

MS. SOCCIO: They have children in common. I will say girlfriend.

THE COURT: Yes, say live-in girlfriend.

MS. SOCCIO: Right.

Q At any time in the morning did you see Carlo Belloli?
A Yes, I did.
Q Where did you see him?
A I saw him at the courthouse in the hallway.
Q Was he alone?
A Yes, he was.
Q Can you describe what he was wearing?
A He had on a nylon jogging suit, dark on the bottom with navy blue with a blue and white maroon top, maybe a dark shirt under it and sneakers.
Q Did you have a conversation with him that at that time?
A Yes, I did.
Q Where did that conversation take place?
A In the hallway.
Q Did he approach you or did you approach him?
A I approached him.
Q And what was the substance of that conversation?
A I talked to him a couple of times. The first time was to tell him that Nora was downstairs and that she would be coming up. She was in from him C I. The second time he was passing and I asked what was wrong and he said, "oh, I really fucked up", excuse me, my language, but he said, "I really fucked up last night".
Q I said, "yes, I know. I can smell the alcohol. What happened? Did you get into a fight? " And he said, "no,

I stabbed someone to death" and he held out his hands.
Q What did you observe on his hands?
A They were bloody, dried blood.
Q What else did he tell you?
A I said, "who" and he just looked at me he didn't answer me and I said, "why would you do that" and he said "because he pissed me off" and I asked him "well, where is he? " And he said, "I dumped him in Franklin".
Q Did he say how he dumped him?
A No.
Q Were you able to see the rest of his appearance? How would you describe that?
A He was disheveled. He looked frantic, like upset.
MR. FAHEY: Objection, your Honor. Move to strike "frantic".
THE COURT: That's her description. I will allow it.
Q Now, after you had this conversation with him, what did you do?
A I told him to go wait in the courtroom and I went back to my office and I called my fiancee. I put a page into him and I was looking for my boss, who was not around. I didn't know where he was. In the meantime Diane Travis came in.
Q Now, did Carlo tell you that he was there to see Nora?

A Yes.
Q And you were aware she had been arrested the day before.
MR. FAHEY: Objection, your Honor. Move strike.
THE COURT: She didn't answer it. What's the objection?
MR. FAHEY: The form of the question, the relevancy.
THE COURT: I will allow it.
Q Were you aware that Nora was arrested the day before?
A Carlo had called me the night before or the afternoon before to let me know because I was running the arrest at that time in the Probation Department.
Q And that was the reason for him being there that day, December 2nd?
A Yes. They had to hold her overnight. It was too late in the afternoon.
MR. FAHEY: Objection. Move to strike. Same grounds.
THE COURT: I will allow it if that's the reason. I will allow it.
Q Now after he went into the courtroom you said you tried to contact your fiancee and your boss?
A Yes.
Q Did you get to communicate with either of those individuals?

A Yes, both.
Q And what's the next thing that you did?
A Diane came into the--Diane Travis came in and she had a paper that she needed Nora to sign so she could take care of the kids.
Q And did you and Diane have a conversation?
A Yes.
Q And after that conversation did you see where Carlo Belloli went?
A He was in the courtroom as far as I know, yep.
Q He still--at some point did you see Carlo Belloli leave?
A No.
Q Were you able to see--strike that. Are you familiar with the van that Carlo Belloli drives?
A Yes.
Q Were you able to see that van anywhere from where you were situated?
A When I went upstairs to my supervisor's office I looked out the window looking for it and I could see it in the parking lot.
Q Sometime later was that van no longer there?
A Yes.
Q How much later?
A Twenty minutes, maybe.
Q After you left Carlo in the courtroom did you speak with

him any time after that?

A No.

Q Were you still speaking with Diane?

A Yes.

Q At some point did Diane leave?

A Yes.

Q Did Diane receive a phone call when she was there?

A At the courthouse?

Q Yes.

A No.

Q Were you aware of any phone call from Diane Travis' house?

A When I went upstairs to call the police with my boss we called the detective division and while we were speaking with him, telling am I thought Carlo was going to the house to get the kids, a call was coming in over 911 for the same thing from Diane's mother.

Q Now, was it-- who how called the police?

A My boss did.

Q Was that Framingham Police?

A Yes.

Q Did Carlo indicate to you that there were other individuals with him when this happened?

A No, no.

Q Miss Keefe, I'm handing you State's 4E for

identification. Do you recognize that or who's depicted in that photo?
A Yes.
Q How do you recognize that?
A It's Carlo.
Q Is that a fair picture of the way he looked in December of '94?
A Yes, but not how he was dressed.
Q Not how he was dressed?
A No.
MS. SOCCIO: I have nothing further.
MR. ANDERSON: No questions, your Honor.
THE COURT: Mr. Fahey.

CROSS-EXAMINATION BY MR. FAHEY

MR. FAHEY: Good afternoon, ma'am.
Q Now it's fair to say that you knew Nora Solomon for quite a bit of time, is that correct?
A Yes.
Q Fifteen years?
A Yes.
Q And you were friends with her?
A Yes.
Q And you have been at her home?
A The home she has right now? No.
Q But you have been in her home before that?

to death. This statement was incorrect as typed. I signed it but I said he told me he stabbed someone to death. I work in the courthouse. I would not have been as shocked to have just someone stabbed. He said he stabbed him to death.

Q Well, you work in the courthouse. Is it fair to say that the police are right in that courthouse every day, is that correct?

A For early morning, usually.

Q And it is fair to say that immediately you didn't call the police immediately, did you?

A No.

Q You called your fiancee first?

A Yes.

Q And then you went and tried to find Mr. Sullivan?

A Yes.

Q So even though you were shocked, like you said, right here in the court and everyone you still didn't call the police immediately?

A No.

Q And what's the reason you didn't call the police immediately was because as the first page says he told you he stabbed someone?

A No.

Q So your testimony now is that this witness statement

that you made when you're memory was more accurate, on the first page where it says "I stabbed someone" is incorrect?
A Yes.
Q But even though it's incorrect you still signed it?
A Yes.
Q Now, you have been a witness in a murder case before, haven't you?
A Yes.
MS. SOCCIO: Objection.
THE COURT: She's answered.
Q And where was that murder case.
MS. SOCCIO: Objection.
THE COURT: Sustained.
Q And what is your official position at the Framingham Court?
A My title is Account Clerk 2.
Q In the Probation Department?
A Yes, it is.
Q And what period of time transpired from when you first saw Carlo Belloli until he left the building?
A I didn't see him leave.
Q Well, how long was he in your presence?
A Just the time I talked to him he was in the courtroom.
Q And you said his hands were covered with blood, is that

correct?
A Yes.
Q And then your testimony here you said it was dried blood?
A Yes.
Q Did you say dried blood in your statement?
A I may, I don't know. I don't remember but I know what I saw.
Q Was that an accurate second page on the statement? Where it talks about blood, does it say dried blood?
A No, it doesn't.
Q It just says blood?
A Yes, it does.
Q Is that incorrect to?
A Yes, it is.
Q And you signed that despite the fact that it had "stabbed someone" and "regular blood" rather than dried blood you still signed it?
A Yes.
Q And you testified that Carlo Belloli went frantic, looked frantic?
A Yes he did.
Q And he had a strong odor of alcohol on his breath?
A Yes, he did.
Q And it was your observation that he looked like he had

been drinking for days?
A Yes, he did.
Q And did he look like he was under the influence of drugs?
A No.
Q So there's no question--
A I'm not an expert but--
Q Certainly, but there's no question that he was impaired by alcohol?
A Yep.
Q And when this statement was made to you was anybody else present?
A No.
Q And where was this statement made? In the hallway?
A Yes.
Q Is that right outside the courtroom?
A Yes.
Q And from your working in the Probation Department your experience with the criminal justice system, did you find it strange that someone would come into the Framingham Courthouse with blood on their hands?
A Yes, I did.
Q And did you attribute that from your observations to his being under the influence?
MS. SOCCIO: Objection.

THE COURT: Sustained.
Q Was his voice slurring or--
A No, it was soft.
Q And did you ask him where is children were?
A Yes.
Q And where did he say his children were?
A At Diane's.
Q And that's Diane Travis?
A Yes.
Q And Diane Travis, she's a friend of yours too?
A Yes.
Q And, in fact, before you went to see Mr. Sullivan did you call Diane Travis?
A No, I didn't.
Q At some point did you have a conversation with Diane Travis?
A I had a conversation with her at the courthouse.
Q Okay. So Diane Travis was at the courthouse too?
A She came in after, yes.
Q And did she come in after you had this conversation with Carlo Belloli?
A Yes.
Q And how long after did she come in, if you know?
A It wasn't very long after.
Q And was it before or after you lost sight of Carlo

Belloli?

A He was in the courtroom when she came into my office which is across the hall from the courtroom.

Q And did you tell Diane Travis what Carlo Belloli had said?

A I asked her, "did he tell you something that happened?" Because I didn't know whether to tell her or not and she said, "yes, he did." And I said, "what did he tell you?" And she started to say and I said, "he said the same thing to me".

Q And had you observed Carlo Belloli for any amount of time?

A Yes.

Q And was he ever violent in front of you?

A Yes.

Q And was Diane Travis upset?

A Yes.

Q And was there any particular reason why you didn't get a police officer out of the one of courtrooms when you heard about this?

A I told no one. There was just court officers. I was afraid something would happen. There was too many people around and I wanted to get the police up here. I didn't see a police officer, I looked.

Q So you went to first you talked to your fiancee?

from the Framingham Courthouse?
A Distance?
Q Yes, if you know.
A A mile and a half, maybe.
Q And at some point the police arrived?
A To the courthouse?
Q Yes.
A No.
Q What time was that that this transpired, if you recall?
A I spoke with Carlo. I know it was ten-fifteen because I was just about to go on my break.
Q And then you spoke to Mr. Sullivan about five or six minutes later?
A Uh-huh.
Q I guess that would be about ten-twenty-one?
A About.
Q And the police were finally call by who?
A Mr. Sullivan.
Q And when is the first time you saw the police, the Framingham Police?
A I didn't.
Q So you didn't see the Framingham Police at all that day?
A No, I looked out the window from the top floor where I was and the van was gone. While Mr. Sullivan was calling the police I called Diane's house to tell her

Q Can you point to him and tell the Court where he's sitting?
A He's right there with the plaid shirt.
Q And, in fact, you live next door to both Nora and Carlo Belloli at the present time, is that correct?
A Yes.
Q Do you also care for Carlo Belloli and Nora's children?
A Yes.
Q How long have you known Nora?
A Around nineteen, twenty years.
Q And Carlo, how long have you known him?
A Roughly about the same, twenty years or so.
Q Directing your attention to December 2nd of 1994. Do you recall seeing Carlo on that day?
A Yes.
Q Prior to that, before I get to December 2nd, do you recall seeing Carlo Belloli or talking with him on December 1st, of 1994?
A Yes.
Q Where did that take place?
A In Woonsocket at his house.
Q Did he call you?
A Yes, he called to ask me to pick up the kids because Nora had gotten pulled over and she was being held in Bellingham and then she was being transferred to

Q At the courthouse?
A Yes.
Q How did Carlos sound to you around that time when you spoke with him at ten-thirty?
A Like he was drinking.
Q Why would you say that?
A Because, I don't know. I have known him and Nora a long time. When you drink you have a different voice.
Q How would you describe that voice?
A I'm not sure. I don't know, like more outgoing.
Q Can you describe the tone of his voice?
A Just like louder.
Q Did you ever get a call in the morning from Carlo?
A No.
Q What happened in the morning?
A Carlo came to my house around, I think it was around 8:30 and he knocked on the door and I let him in and he sat on my couch and he was like really, like kind of upset and stuff and, you know, he was just talking and stuff and then, you know, I asked him. I saw blood smeared on his hand. I asked him what happened. I thought like he hit a wall or something and he said that he thought he might have killed somebody and I kind of like didn't really believe him and then I asked him again and he said that he, you know, he thought he

stabbed somebody to death.
Q Did he tell you where this took place?
A At home. It was at his home.
Q Did he tell you what it was regarding?
A Not really, just something--all I know it was something to do with money. That's all I kind of remember.
Q Did he mention anything about a knife to you?
A No, I can't remember. I'm awful.
Q Would it help if you looked at your statement?
A I think so.
MS. SOCCIO: Can I have this marked for identification?
MS. CLERK: State's 9. State's 9 for identification.
(STATE'S EXHIBIT 9 MARKED FOR IDENTIFICATION)
Q Miss Travis I'm handing you State's 9 for identification. Do you recognize that?
A Yes.
Q What do you recognize that to be?
A My statement.
Q Is that the statement that you gave?
A Yes.
Q At the Framingham Police Department?
A Yes.
Q You signed that statement?

A Yes.
Q Now I will ask you again to just review that statement to see if you recall anything that was said by Carlo Belloli regarding a knife?
A I remember.
Q What did he say?
A He just said he stabbed until he couldn't like move anymore.
Q Did he associate that movement with any particular animal?
A Yes a flounder.
Q What did he say?
A It was just like flopping like a flounder.
Q I direct your attention to Page 4 of your statement. Again, did he say anything about a knife?
A I don't remember. I know my statement but I kind of like really don't remember all of it right now.
Q Do you remember that he said that when he was questioned did he say what did he with the knife?
A It was just home. It was at the house but it was wiped off. That's all I remember.
Q Did he say that he wiped it off?
A No, I don't remember.
Q In your statement on Page 4 do you see where you were asked, "did he say where in the house? " You answered,

"he said that he wiped it off and that it was there"?
A Uh-huh. Excuse me, yes.
Q Did he ever tell you who the person was that he stabbed?
A No.
Q Did he ever indicate or tell you if there were any other individuals there?
A No.
Q Did he offer you any other details?
A No.
Q Did you question him further about what happened?
A Not really.
Q Why not?
A Because I really didn't believe him.
Q Did he say anything about the condition of his house?
A He said it was just a mess, like, you know, it was a bloody mess type deal; that was it.
Q Did you talk about going to court with him that morning in his van?
A Yes. He asked me if I wanted to go ride with him and I said at first, he says well, just don't look in the back because there's a little blood back there. I says, no, I got to take my car so I can get back for the kids because my mother was watching the kids while I went.
Q Did he indicate--did he tell you what he did with the body?

A Just that he left it behind some like biker's place and he just rolled it out of the van and left it there.
Q After he told you this--strike that. Was he carrying anything with him when he came to your house?
A Yes, a six-pack of big neck bottles with one missing with his wallet. One bottle was missing and the wallet was where the beer bottles was.
Q So one bottle was missing?
A Yes.
Q How long did Carlo stay at your house that morning?
A It was maybe half an hour or maybe forty-five minutes and the phone rang and we went. He left to go to the courthouse and then I went up afterward.
Q Did you tell him that the phone call was for him?
A No. I just said that someone in the courthouse had called, that Nora was ready so we could go up there.
Q And did he leave then?
A Yes, he did.
Q And what did you do?
A I proceeded to go up to the courthouse because I had a paper from Nora saying it was all right for me to have her kids and I went in to speak to Ellen Keefe.
Q Did you tell Ellen Keefe what Carlo had told you?
A No, I didn't bring it up. Ellen brought it up. She asked me if Carlo had said anything to me and, you know,

regarding the visit and I said yes.
Q Did you see Carlo at the courthouse?
A He was in the parking lot. He wasn't inside the courthouse. He was in the parking lot.
Q Was he in his van?
A Yes, he was.
Q What was he doing?
A Having a beer.
Q At some point did you see that the van had left?
A No, I didn't really notice because I was inside. I had to go downstairs and have Nora sign a paper. When I came out I noticed it was gone.
Q What did you do at that point? Did you leave?
A I went home. I was driving on my way home.
Q Were you aware that where Carlo may be going?
A At that time, no, I didn't know if he was going back to the house or not.
Q Did you speak with your mother at all?
A No, I didn't, not until I got home.
Q When you returned home do you remember what time it was?
A Offhand, no, I don't remember, no.
Q When you arrived at home who was there?
A Framingham PD.
Q And was Carlo Belloli there?
A Yes. He was sitting on my front porch.

Q And did Carlo Belloli leave with the police?
A Yes.
Q And what about his van? Was that towed?
A Yes, they towed it.
MS. SOCCIO: I have no further questions.

CROSS-EXAMINATION BY MR. ANDERSON

Q The day before Thursday, it was early afternoon that you were over at Carlo's house, correct?
A Yes.
Q And you said that Tracey was present?
A Yes.
Q And Uncle Chuckie was in and out?
A Yes.
Q And the man came knocking you said?
A Correct.
Q You didn't know this man?
A No, I never seen him before.
Q The police asked you to describe him and you said he was medium build, not fat, not skinny wearing blue jeans and and faded sweatshirt?
THE COURT: I can't hear you. I can't hear you, none of them can.
Q You gave a description of that man to the police, correct?
A Yes.

Q And how long did you stay at the courthouse?
A Only about ten minutes.
Q And had you ever been in the house in Woonsocket?
A Yes, I have.
Q And how many times have you been in there?
A Numbers of times.
Q And what are the ages of Carlo Belloli's children?
A Three and two.
Q And you're quite familiar with them because you babysit them?
A Yes.
Q And while you were in the house in Woonsocket, Rhode Island did you ever see any collection of knives on the refrigerator?
A On the refrigerator? Just the big like butcher block.
Q Did you ever see any knives over tables and exposed in front of the children?
A No.
Q And at some point you talked to Framingham Police, is that correct?
A Yes, they were at my home when I got back.
Q And that was approximately what time?
A I'm not even sure. I don't know.
Q And you gave a statement at some point, is that correct?
A Yes.