AFTERNOON SESSION

(JURY ENTERED THE COURTROOM)

THE COURT: Counsel waive the polling of the jury?

MS. SOCCIO: Yes, your Honor.

MR. ANDERSON: Yes, your Honor.

MR. FAHEY: Yes, your Honor.

THE COURT: Good afternoon, ladies and gentlemen. Next witness please.

MS. SOCCIO: Yes. The state calls Timothy Gorman to the stand.

TIMOTHY GORMAN

SWORN

DIRECT EXAMINATION BY MS. SOCCIO

THE COURT: Try to keep your voice up.

THE WITNESS: Yes.

Q Timmy how old are you?
A Fourteen.
Q What is your date of birth?
A 12/29/81.
Q At the present time do you reside at the Riverside School?
A Yep.
Q Where is that located?
A In Lowell, Massachusetts.
Q And is that a residential treatment facility?

A Nope.
Q Who picked you up on Oliver Street?
A Carlos and Uncle Chuck.
Q Was anyone else in the van?
A Yep.
Q Do you know who was in the van?
A I think little Chuck's son and this girl named Tracey, I think.
Q So Charles Roy, Uncle Chuck and his son Tommy?
A Yes.
Q And a female by the name of Tracey who was driving the van?
A Carlos.
Q You got into the van?
A Uh-huh.
Q Along with others kids. Where did you drive to?
A Woonsocket.
Q Did you make any stops along the way?
A Yep.
Q Where did you stop?
A At a liquor store.
Q Did anyone go into purchase any liquor?
A Yep.
Q Who did?
A Uncle Chuck.

A I don't know.
Q Do you see Ponch in the courtroom day?
A Yes.
Q Can you point to him and tell the Court what he's wearing?
A He's wearing a gray suit with--
Q Black suit what color shirt?
A A white and gray stripe.
Q Do you see Carlo Belloli in the courtroom?
A Yes.
Q Where is he sitting?
A Yes.
Q What is he wearing?
A A checkered shirt.
Q And when you got to Carlo's house and you were watching movies who else was watching the movies with you?
A All the other kids that was there.
Q Was there drinking going on?
A Yes, there was.
Q Were you drinking?
A Yes.
THE COURT: Can you hear him, ladies and gentlemen?
MS. SOCCIO: Try and keep your voice up okay.
Q Who was drinking besides you?

A Yes.
Q Do you know who did?
A Carlos, and Uncle Chuck.
Q And when Carlo and Uncle Chuck came back they came back with Ponch?
A Uh-huh.
Q When you went back to Uncle Chuck's house you went to sleep. Where did you sleep?
A In the spare room.
Q Who slept in that spare room with you anyone?
A Chuckie, Rob, Danny, Jesse and Mike.
Q Was anyone sleeping in the living room?
A Not that I can think of, no.
Q Did you sleep on the floor?
A Yes.
Q Who else was sleeping on the floor?
A Everyone.
Q What's the next thing that you remember after you fell asleep?
THE COURT: Sustained. Sustained.
MS. SOCCIO: I will rephrase it. I understand it, but--
THE COURT: I hope you do.
Q You went to sleep, Timmy. At some point you were awakened?

A Yes.
Q What woke you up?
A A door slammed shut.
Q Did you see anyone there in the room with you?
A Yes, my cousin.
Q Rene Gorman?
A Yes.
Q Did you see anyone else?
A No.
Q Were you the only one awake?
A No.
Q Who else was awake?
A Chuckie.
Q And once you were awoken, what did you do?
A Me and Chuckie went down to Carlo's house.
Q Why did you do that?
A Because my cousin came up. He said that they--they had a guy laying on the floor and he was bleeding.
Q Where was that happening?
A In the kitchen on Carlo's floor.
Q Carlo's house?
A Uh-huh.
Q So you left with "Little Chuckie" and did your cousin Rene Gorman go with you?
A He was already gone down there.

MR. FAHEY: Objection your Honor, form.

THE COURT: He can say what he observed if he knows.

A He was yelling.

MS. SOCCIO: Keep your voice up.

Q What was he yelling?

A He was yelling for--he was yelling "stop".

Q Who was he yelling that too?

A Carlos and Ponch.

Q Where were Carlo an Ponch?

A Standing over him.

Q Standing over the body.

Q Was Luis there?

A Yes, he was.

Q What was Luis doing?

A I don't know.

Q What was your cousin, Rene Gorman, "Buzzy" doing? Had he come back yet?

A Uh-huh.

MR. FAHEY: Objection to all these questions, your Honor.

THE COURT: I will allow that.

A Yes.

Q He had returned back to Carlo's house?

A Uh-huh.

A It was a little pocket knife.
Q Did you hear the victim saying anything else?
A Yes.
A Carlos and Ponch said that they want their money and the guy on the floor said that he doesn't have it. He didn't have his money.
Q He also said that, the victim was saying he didn't rip them off?
A Yes.
Q Was Buzzy yelling too?
A Yes.
Q Did you see a flashlight?
A Yes, I did.
Q Who had the flashlight?
A Ponch.
Q Where did he get the flashlight? Did you see that?
A I think it was on the table.
Q What did he do with the flashlight?
A He was hitting the man with it.
Q Where was he hitting?
A In the head.
Q At the time that he was hitting the victim in the head, was the victim on the floor or was he standing up?
A On the floor.
Q Do you know how many times Ponch hit him in the head?

A No, I don't.
Q Did you see anyone stomping on the man's head or body?
A Yes, I did.
Q Who?
A Carlos.
Q Anyone else?
A No.
Q Where did you see him stomp on the victim? What part of his body?
A His head.
Q Did you also see your cousin, Rene Gorman, take the flashlight?
A Yes, I did.
Q And what did he do?
A He hit the man with it.
Q Where did he hit him?
A In the head.
Q Did the victim try and get up at this point?
A No.
Q He is still laying on the floor?
A Uh-huh.
Q Was he making any noises or words?
A No, he was just laying there.
Q He was just what?
A Lying there.

Q Did you see Ponch do anything else?
A Yes. He was burning him with cigarettes.
Q With a cigarette?
A Yes.
Q Where did he touch the victim with cigarettes?
A In the head.
Q What did the victim say?
A He was just screaming.
Q Do you remember what he was saying?
A Ow.
Q At any point did you see the victim stand to his feet?
A Yes.
Q When was that?
A When he wrestled with Carlos (sic).
Q And when he was wrestling with Carlo what happened?
A Carlo stabbed him.
Q And then what happened to the victim?
A Then they both fell on the floor.
Q Who was on the bottom?
A Carlos (sic).
Q And then what happened?
A Then Ponch started stabbing him too.
Q And where was the victim at this point?
A On the floor.
Q And did Carlo get up?

Q What did you see him do with the blanket?
A He laid it on the floor next to the man.
Q Did you see Luis stab the body?
A Yes, I did.
Q How did that happen?
A He just stabbed him in the arm.
Q Did he have a knife?
A Yes.
Q Where did he get that knife?
A I don't know.
Q Do you know what that knife looked like?
A No.
Q Was the victim saying anything at that point?
A No.
Q Was he moving at all?
A No.
THE COURT: Was he breathing?
A No.
Q Timmy, did Carlo threaten you at all?
A Yes, he did.
Q What did he say to you?
A He said if I told anybody that he'd kill me.
Q What did Ponch say to you?
A He handed me a knife and he said, "You know what you have to do". He said that if I didn't establish the

body then he would kill me.
Q And what did you do?
A Huh?
Q What did you do after he said that to you?
A I took the knife and I tried to stab him but I couldn't.
Q Were you eyes closed?
A Yes, they were.
Q Did you go up to the body?
A Yes, I did.
Q Was the knife in your hand?
A Yes, it was.
Q Where did you get the knife from?
A Ponch.
Q Ponch gave it to you? He handed it to you?
A Yes, he did.
Q What part of the body did you go up to?
A I think it was the stomach.
Q Was the victim moving?
A No.
Q Were his eyes opened or closed?
A I don't remember.
Q Do you know if he was breathing or not?
A Nope.
Q How long after you were made to do this did you stay

there? How much longer did you stay there?
A I don't know.
Q Did you at some point leave?
A Yes, I did.
Q Who did you leave with?
A Chuckie and that's it.
Q Where did you go to?
A To Uncle Chuck's house.
Q What did you do once you were at Uncle Chuck's?
A I was looking out the window with Chuckie and Big Chuck was down there and he said that he wanted my coat so I gave him.
Q And when you left Carlo's to go to Uncle Chuck's, was it still light out?
A No, it was dark.
Q Was it still dark out?
A Yes.
Q Was it getting light?
A No.
Q Do you have any idea what time it was?
A Nope.
Q Were you looking out the window when you were at your at Uncle Chuck's house?
A Yes.
Q What did you see?

A Black/white.
Q Did you see the van take off?
A Yes, I did.
Q Do you know who was in the van?
A No.
Q When you were at Uncle Chuck's house who was there with you?
A Chuckie, Mike, Danny, Jesse.
Q Were they awake?
A No.
Q They were still sleeping?
A Uh-huh.
Q What did you do?
A I just sat there.
Q At some point did Uncle Chuck come back?
A Yup.
Q Was he with Ponch?
A Yup.
Q Did you see Carlo any time after that?
A No.
Q What did you do when Uncle Chuck and Ponch came back?
A Ponch got all the kids that were up in Uncle Chuck's house and he took us all home.
Q Did you see the van come back?
A Yes.

Q About how long was the van gone, do you know?
A I'd say about half hour.
Q You were given a ride home?
A Yep.
Q Who drove?
A Ponch.
Q Whose car was it?
A His.
Q Where was Uncle Chuck sitting?
A In the front. I think it was the front seat.
Q Where were you sitting?
A The front seat.
Q You went back to Milford?
A Yes.
Q Did you go to school that day?
A Yes, I did.
Q What time did you get back to Milford?
A I don't know.
Q Was it in time for school?
A No.
Q Timmy, showing you State's 2 for identification. Do you recognize this?
A Yes.
Q How do you recognize this?
A That's the flashlight Ponch was hitting the guy with.

United States Supreme Court of Davis vs Alaska and holds that--

THE COURT: Wait one second. All right. I will reverse myself.

MS. SOCCIO: Judge, if I may, however, the conviction that I have is assault and battery.

MR. ANDERSON: Turn the other page.

MS. SOCCIO: Yes. There's no disposition in that. It could have been a reduction.

MR. ANDERSON: Right here. This is the one I'm referring to, February 14, 1995. It's the same--it's the same day that he's charged with another one. In other words, there was two charges same, date, 2/16/95, 2/14/95. It looks like almost the same day. That's the one I'm interested in.

MS. SOCCIO: Okay.

(END OF SIDE BAR CONFERENCE)

THE COURT: I will allow that question. Rephrase it, please.

MR. ANDERSON: Rephrase it?

THE COURT: Yes, just for the record.

Q On or about February 16 of 1995 you were adjudicated delinquent to the offense of indecent assault and battery on a child you committed, correct?

A Yes.

THE COURT: Ladies and gentlemen this is only used to, if you wish to use it, to evaluate his credibility and only his credibility only if you want to use it.

Q The authorities in Massachusetts--strike that. On or about the same day you were also committed for an offense of assault and battery, correct?

A Yes.

Q The authorities in Massachusetts are aware that you are cooperating as a witness in a murder case in Rhode Island?

A Yep.

Q You have court dates coming up for a rape of a child?

MS. SOCCIO: Objection.

THE COURT: Sustained.

MR. ANDERSON: I have to be heard again.

THE COURT: No, you can't heard. All right. Come on up.

(THE FOLLOWING TOOK PLACE AT THE SIDE BAR)

THE COURT: The fact that he has a court date and the fact that he's charged potentially with rape does not allow this jury to hear that. I'm not going to allow it so you can say anything you want to on the record.

MR. ANDERSON: Perhaps I can go about it in a different way. First of all, the state in <u>Davis vs</u>

THE COURT: You can argue that to the jury.

(END OF SIDE BAR CONFERENCE)

THE COURT: You've got to speak up louder. The jury cannot hear you. Do you understand?

THE WITNESS: Yes.

THE COURT: Well, speak up into the microphone, please. Disregard that last question. The objection is sustained.

Q You have already answered that the authorities in Massachusetts are aware of your cooperation here in Rhode Island, correct?

A Yes.

Q What kind of authorities do you report to?

A Huh?

Q What kind of authorities do you report to?

THE COURT: If any. Do you report to anyone?

A I didn't get the question.

Q When you admitted that you were committed to the custody, on what terms is that, if you know, how long, for how long?

A I don't know. I don't know.

Q Are you doing what you can to help yourself out with the authorities in Massachusetts?

A Yes.

Q And do you not believe that your cooperation in this

case will help you out in that regard?
A Yes.
MS. SOCCIO: Objection.
THE COURT: Sustained.
MR. ANDERSON: Your Honor he answered yes.
MS. SOCCIO: Move to strike.
THE COURT: Granted. Disregard that answer, please.
Q Do you hope that your cooperation here in Rhode Island will help you out in that regard?
MS. SOCCIO: Objection.
THE COURT: Sustained. You can ask him if he's been promised anything.
MR. ANDERSON: I'm sorry.
THE COURT: You can ask him if he's been promised anything but his hopes and desires have no bearing on this case.
MR. ANDERSON: Please note my exception to that ruling.
THE COURT: You have it. Unless you can tie in his testimony with some hope or desire.
MR. ANDERSON: Tie in? I'm sorry, your Honor.
Q Is this the first time you have given testimony in this case under oath, correct?
A Yes.

Q And Buzz started telling Uncle Chuck that he and Carlo had someone on the floor in Carlo's apartment?
A Huh?
Q If you will look where you were just looking. Does it also indicate that Buzz started telling Uncle Chuck that he and Carlo had someone on the floor in Carlo's apartment? Does it say that?
A Yes.
Q That's what you told the Woonsocket Police that day?
A Yes.
Q Does it indicate further, about halfway down, the second paragraph that it was quote, "Buzz picked up a black metal flashlight." It didn't say anything about Ponch, right?
A No.
Q And hit him over the head with it, correct?
A Yep.
Q About three more paragraphs down you say that you went back to Uncle Chuck's apartment and you told Uncle Chuck to go over to Carlo's, correct?
A Yes.
Q And you went back to Carlo's, right?
A Yep.
Q And that's where you describe where Carlos got a blanket, Carlo got a blanket and put it on the floor.

Do you see that?
A Yes.
Q And then you see the sentence, "this is all I saw prior to going back to Chuck's apartment".
A Yep.
Q At that time you were indicating to the police you did not see Ponch hit him with the flashlight, right?
A What?
Q When you indicate, "this is all I saw" that did not include what you told us today that you claim to have seen Ponch hit him with a flashlight, right?
A Yes.
Q It did not include what you told us today that Ponch--you're claiming to see Ponch burn him with a cigarette?
A Yes.
Q It did not include what you told us today about Ponch stabbing him with the pocket knife, right?
A What?
Q It did not include what you told us today about your claim that you saw Ponch stab him with a pocket knife?
A You mean that statement there?
Q Yes, it did not include that, correct?
A No.
Q It did not include what you told us today about Ponch

A Yep.
Q When you were back at--after you had seen what you claim to have seen, you said you went back with "Little Chuckie" back to Uncle Chuck's, correct?
A Yes.
Q And you were looking out the window?
A Yes.
Q At that time Uncle Chuckie, Charles Roy, was still back over at Carlo's, correct?
A Yes.
Q Did he beep--was there an intercom system whereby he could make phone calls over to Uncle Chuckie's?
A A what?
Q Was there a system in that household whereby you could talk to someone at Uncle Chuckie's, can talk to someone at Carlo's on the telephone?
A I don't know. I don't think so.
Q Do you have any knowledge of Uncle Chuckie making a request from over at Carlo's for someone to come over and bring him a blanket?
A No.
Q Did you bring over an extra blanket to Carlo's at Uncle Chuckie's request?
A Nope.
Q Has anyone told you that you did?

A No.
Q You told us today that you threw your Raiders jacket out the window to Uncle Chuck, correct?
A Yep.
Q What was Uncle Chuck wearing when you did that?
A A blanket.
Q I'm sorry?
A A blanket.
Q He was wearing a blanket?
A Yes.
Q Had he taken his clothes off?
A He must have.
Q Was he earlier wearing a pair of black jeans?
A I don't know.
Q You don't know?
A Nope.
Q But it was Uncle Chuck who you claimed need of your coat or asked for your coat?
A Yep.
Q Do you remember telling the police back then on Friday just after midnight on Friday, December 2nd that when you were looking out the window you saw Buzz went up to the house and Buzz yelled for me to throw down a coat. Do you remember telling him that?
A No.

Q And after you threw it down to him --
A Uh-huh.
THE COURT: Did you throw the coat down to Buzz or uncle Roy?
A Chuckie.
THE COURT: You threw it to Chuck?
A Yes.
Q --what did Chuckie do with it, if you know?
A I don't know. I just threw it down to him.
Q You don't know who was wearing it after you threw it down?
A Nope.
Q Well, when you were being brought home was Uncle Chuckie wearing it?
A No.
Q How did Uncle Chuckie get the--strike that. You said you looked out the window and Uncle Chuckie didn't have his clothes on? He had a blanket wrapped around him, correct?
A Yes.
Q Where did he get the blanket from, if you know?
A Don't know.
Q You said that--you said that Carlos was using a survival knife with a compass?
A Yes.

Q And previous to arranging for you to be picked up to beat someone up in Woonsocket had you done other illegal acts for Uncle Chuckie?

THE COURT: Sustained.

Q And did Uncle Chuckie had you round up with other boys that you were rounded up that day to do things before this date?

MS. SOCCIO: Objection.

THE COURT: Sustained.

Q Well, you knew that it was potentially illegal to beat someone up, is that correct?

A Yes.

Q And you were still going with Uncle Chuckie, is that right?

A Yep.

Q And how long had you known Chuckie Junior?

A For about five years.

Q And good friends with him?

A Yep.

Q And was he in a gang?

A Nope.

Q Were you in a gang?

A Nope.

Q Did you ever hear of the Kool-Aid Gang?

A Yep.

Q Who are the Kool-Aid Gang?
A Other kids called us the Kool-Aid Gang because we're a group of kids that hung out.
Q So you weren't in a gang but you were called a gang?
A Yep.
Q And how about the Dog Pound? Did you ever hear of the Dog Pound's?
A Yes.
Q And what's that?
A We were called that too.
Q And were these gangs in Milford, Massachusetts?
A Were they.
Q Yes.
A Well, there was another gang in Milford called the Dog Pound.
Q But you and "Little Chuckie" weren't in the gang?
A No.
Q How about the other members that came with you that night?
A Nope.
Q Luis DeJesus?
A I don't think he was.
Q Your cousin, Rene?
A No.
Q Had you been to Uncle Chuckie's house before?

THE COURT: Sustained.
Q Did you talk about Ponch to your mother?
A No.
Q Why not?
A Because I didn't want to tell anybody about anything.
Q Why not?
A Because I was frightened.
MS. SOCCIO: No further questions.

RECROSS-EXAMINATION BY MR. ANDERSON

Q You know that Ms. Soccio works for the Attorney General's Department, correct?
A Yes.
Q You know that the Attorney General's Department in Rhode Island is what prosecutes murder cases, correct? You know she's a prosecutor, correct?
A Yes.
Q When you spoke-- when you gave a statement on June 8th it was to a detective from the Woonsocket Police Department, correct?
A What?
Q When you gave a statement on June 8, 1995 it was to a detective from the Woonsocket Police Department, correct?
A I did talk to him.
Q When you gave a statement on June 8, 1995 at the

present?
A Yes.
Q You knew it was about this murder case, right?
A Yes.
Q And still you didn't say anything about having seen Ponch stab the victim, right?
A Right.

MR. ANDERSON: Nothing.

FURTHER REDIRECT EXAMINATION BY MS. SOCCIO

Q Timmy on the day that I went to visit you at the Riverside School I was accompanied by a detective. Do you remember that?
A Yes.
Q Do you remember that we were asking you questions? I was taking notes.
A Uh-huh.
Q Do you remember that after the interview--strike that. You didn't sign anything on June 8, 1995, did you?
A No.
Q Was it sometime later that your attorney showed you this statement and you reviewed it?
A I can't remember.
Q Do you recognize that?
A Yes.
Q Is that your statement of June 8th of 1995?

MS. SOCCIO: The state calls Socorro Caro to the stand.

SOCORRO CARO

SWORN

DIRECT EXAMINATION BY MS. SOCCIO

Q Mrs. Caro where do you live?
A 181 Paradis Avenue.
Q And that's in Woonsocket?
A Woonsocket, Rhode Island.
Q Who did you live there with?
A My daughter, my two sons, myself.
Q And in December, December 2nd, 1994 were you living at 181 Paradis Avenue?
A Yes.
Q What floor?
A Third floor.
Q Did anyone live on the second floor?
A No.
Q What about on the first floor?
A Yes.
Q Who lived on the first floor?
A Carlo.
Q Carlo Belloli?
A Belloli.
Q Do you see him in the courtroom today?

A Yes.
Q Can you point to him and tell the Court what he's wearing?
A He's right there in the black and white shirt.
Q December 2nd 1994 the early hours of the morning were you home?
A Yes.
Q What were you doing at approximately five-thirty, quarter of six?
A Five-thirty, quarter to six?
Q Strike that. At approximately four-thirty, quarter of five did you hear anything?
A Yes.
Q What did you hear?
A I heard like some banging and yelling and screaming on the first floor, yelling, screaming, talking loud.
Q You mean yelling?
A Yelling.
Q Could make out any of the voices?
A No.
Q Or how many voices there were?
A There was a lot.
Q At that time did you look out the window?
A No.
Q What did you do then?

backing up to my house. It was a blue van. Carlo was in it.

Q Did you recognize that as Carlo's van?

A Yes, it was a blue van.

Q And where was it parked?

A It was in the back of the house, my house 181 Paradis Avenue in the back.

Q Was it backed up to a door?

A Yes.

Q Was that the back door?

A The back door.

Q When you walk in from outside into the house from the back door are there stairs there?

A Yes.

Q How many stairs?

A About four, four steps.

Q And when you go up those stairs where does it take you to?

A To the first floor apartment.

Q And then are there other stairs to the other apartments?

A Yes, to my apartment.

Q What made you open the window?

A Because I heard some kind of noise downstairs and I just want to check it because I was the only one living in the building, you know. I was the only one on the third