floor and he was the only one on the first floor so I have to find out what was going on.
Q When you looked out the window did you have to look down?
A Yes.
Q And what did you see?
A I saw the van parking in the back of the building.
Q Did you see Carlo Belloli?
A Yes, I saw him.
Q What was he doing?
A He was carrying something, like it was like a carpet with blue jeans hanging and this guy was helping him, Chuckie. At that time I didn't know the guy. I call him the guy with the tattoo. I find out that his name is Chuckie. He was helping him carry something. They put it in the van. He opened the van. He throw the things in the van and he kicked whatever it was doing and somebody was pulling inside, which I didn't see the one who was pulling inside, who was helping him inside.
Q Mrs. Caro when you looked down could you see the door into the doorway?
A The front door?
Q The back door.
A The back door? I only see the door. You could see only the door.

Q And who was standing near the door?
A It was Chuckie at that time.
Q Charles Roy?
A That's his name, Charles Roy.
Q And where was Carlo Belloli?
A Carlo was in the back of the van.
Q Standing on the ground?
A Trying to put something inside the van. It was Chuckie was near the door and Carlo was in the back of the door trying to put something inside the van.
Q How big was this something?
A Oh, it was pretty big.
Q When you said something blue jeans were hanging out?
A Yes, it was blue jeans hanging out.
Q What was the shape of the blue jeans that you saw?
A The shade?
Q You just saw a piece of blue jeans. How would you describe it?
A No, I saw two pieces like two foot. It was like two foot.
Q Sticking out?
A Sticking out out of whatever was there, the blanket or carpet.
Q Did you see any--
THE COURT: You saw two feet sticking out?

A Yes, but--

THE COURT: But what?

A I didn't see the feet. I just saw the, like it was wrapped with a blue jean. It was hanging, the blue jeans was hanging. It was right there. It appeared like two feet.

Q And Carlo Belloli was standing near the van?

A Yes.

Q Was there anyone else around the van that you saw?

A Chuckie.

Q Besides Charles Roy?

A Besides Chuckie I didn't see nobody else. There was somebody inside the van but I couldn't see.

Q How long did you stay looking out the window?

A A couple of minutes about two or three minutes.

Q How long did it take for Charles Roy and Carlo to get what they were carrying into the van?

A It was a couple of minutes because they closed the van right away.

Q Who closed the door to the van?

A Carlo did.

Q And you said he did something with his foot?

A Yes, he kicked whatever it was putting inside the van. He had kicked and he said let's go.

Q And did you see the van take off?

A I saw it right there .
Q Did you see anyone in the van?
A No.
Q After you saw the van where did you drive to?
A I went to my daughter-in-law's house.
Q And then from your daughter-in-law's house where did you go?
A I went back home.
Q Did you go back to where you saw the van?
A No.
Q When you went back home what time did you get home?
A It was about ten-thirty or quarter to eleven.
Q When you walked into the hallway did you observe anything?
A Yes I saw there was water in the first floor. It was like a little spatter like of blood or something.
Q Was the floor wet?
A Yes, the floor was wet.
Q Is that a wooden floor?
A Yes.
Q Early in the morning did you--did you see Charles Roy go to a window to catch anything?
A Yes, he went to catch like a black jacket.
Q When was that?
A Right when they put whatever he was carrying into the

van.
Q What exactly did you see happen?
A Well, I saw when they--Carlo was taking off with the van and Chuckie was calling somebody from the third floor, you know that 706 Bernon Street and somebody throw him a jacket or whatever it was a jacket or a sweater, a black, it was black and then they take off.
Q Mrs. Caro I'm handing you what's been marked as State's 1A for identification.
A Yes.
Q Do you recognize those photographs?
A Yes.
Q Do you recognize one photograph in particular?
A Yes.
Q When did you pick out that photograph?
A When?
Q If you recall.
A 2/12/94 when I went to see him.
Q You went to the Woonsocket Police Department?
A To the Woonsocket Police Department.
Q And when you were shown those photographs what were you asked?
A If I ever seen this guy before.
Q And who did you pick out?
A I picked out number five Charles.

Q Did you sign your name?
A Yes, I did.
Q And you dated it?
A Yes.
Q At some point afterward did you find out that the person you identified was Charles Roy?
A Yes.
Q Charles Roy was the one who was helping Carlo that morning?
A Yes.

MS. SOCCIO: Nothing further.

CROSS-EXAMINATION BY MR. ANDERSON

MR. ANDERSON: Can I have two photographs, marked your Honor?

MS. CLERK: Defendant's B and Defendants C.

(DEFENDANT'S EXHIBITS B AND C MARKED FOR IDENTIFICATION)

THE COURT: May I see them, please?

Q Miss Caro you said that you saw a pair of blue jeans in connection with a tan carpet or whatever that was being put in the van, is that correct?
A Excuse me?
Q What did you say about seeing the pair of blue jeans?
A It was hanging.
Q I'm showing you Defendants C. The blue jeans look anything like these depicted in that picture?

Q And did the police at that point that took the statement know that you spoke Spanish?
A Yes.
Q And did you ask for an interpreter?
A My daughter was with me.
MR. FAHEY: No further questions.
MS. SOCCIO: Nothing further, your Honor.
THE COURT: You may step down. Thank you very much.
MS. SOCCIO: Rene Gorman

RENE GORMAN

SWORN

DIRECT EXAMINATION BY MS. SOCCIO

THE COURT: Please keep your voice up, Mr. Gorman, so the jury can hear you. Thank you.
Q Mr. Gorman you are presently incarcerated at the Rhode Island Training School, is that correct?
A Yes.
Q And you are serving a sentence there of twenty years to serve of your minority up until you're twenty-first birthday to be spent at the Training School, is that correct?
A Yes.
Q With the remainder suspended and probation?
A Yes.

Q Did anyone go in to buy anything?
A Yes, Uncle Chuck.
Q From there did you go to Woonsocket?
A Yes.
Q Once you're in Woonsocket whose house did you go to?
A Back to Carlo's house.
Q Everyone got out of the van and went into Carlo's house?
A Yes.
Q Once you're in Carlo's house what did you do?
A We were just drinking.
Q And what time was that, do you remember?
A I said I'm not sure what time. All night.
Q Was it dark out by then?
A Yes.
Q Who was drinking?
A Everybody.
Q Was anyone using cocaine?
A Later on that night, yes.
Q At some point did Tracey leave?
A Yes.
Q How did she get home?
A Me and Carlo drove her.
Q You and Carlo drove her home?
A Yes.
Q Who drove the van?

Q Now, had you been to Carlo's house before?
A Yes, I went the weekend before.
Q A weekend before?
A Yes.
Q That was the second time that you were there?
A Third time when I came in.
Q On December 1st that was the second time that you were there?
A Yes.
Q What about Uncle Chuck's house? Had you been there before?
A Just the week before.
Q At any point did Uncle Chuck and Carlo leave to go pick anyone up?
A To pick up Ponch.
Q Who's Ponch?
A Over there.
Q Do you see Ponch in the courtroom?
A Yes.
Q Can you point to him and tell the Court what he's wearing?
A Right there in the suit.
Q What color shirt is he wearing?
A He's got a stripe on it.
Q Who went to go pick him up?

A Yes, I left and went over to Carlo's house.
Q Do you know what time it was then?
A I said I'm not really sure.
Q When you return to Carlo's house who did you see there?
A I seen Uncle Chuck, Carlos, Ponch and John Casserly.
Q Had you met John Casserly before?
A No.
Q What was everyone doing then?
A Just chilling.
Q Was there drinking going on?
A Yes, there was drinking.
Q Who was drinking?
A Everybody was drinking.
Q What were you drinking?
A Beer.
Q Anything else?
A There was a little bit of hard liquor but most people was drinking beer.
Q What about the cocaine? Who was doing cocaine?
A Later on at night there was Uncle Chuck, Carlos, John Casserly, me and Luis.
Q Where were you using the cocaine? In what room?
A In the back corner room.
Q Where did you get the cocaine?
A I think Uncle Chuck had it. He had gotten it.

Q Anyone else provide-- anyone else have any?
A I said I'm not sure who provided it. I just know it was there.
Q How long, when you were at--when you were at Carlo's house, how long did John Casserly stay there?
A He stayed a couple of hours we stayed.
Q At some point did he leave?
A He left but he didn't leave leave but he went to--he went to get more cocaine.
Q Who went?
A Me and Ponch and John.
Q You, Ponch and John?
A Yes.
Q Whose car did you take?
A Carlo's.
Q The van?
A Yes.
Q Who was driving?
A Ponch.
Q Where did you go and get the cocaine?
A Front Street.
Q Woonsocket?
A Yes.
Q Before you went to Front Street did you stop anywhere else?

A Yes.
Q Where did you stop?
A At John's house.
Q John Casserly's house?
A Yes.
Q Whose idea was it to stop there?
A It was either his or Poncho's. I'm not sure who it was.
Q Before you left did anyone have any money?
A Yes, there was. Carlos gave one hundred dollars.
Q Who did Carlo give one hundred dollars to?
A I think he gave it to Ponch who gave it to John. I'm not sure.
Q In the van where were you seated?
A Where were you sitting in the van?
A In the passenger seat.
Q Front or back?
A Front.
Q Where was John sitting?
A He was sitting in the back.
Q And Ponch was driving?
A Yes.
Q When you stopped at John Casserly's house who left the van?
A Poncho and John.

Q You stayed in the van?
A Yes.
Q Did you see John and Ponch go into the house?
A John went in through the side door and he let Ponch in through the front.
Q How long were they in the house for?
A Ten or fifteen minutes.
Q When they came out you were still in the van?
A Yes.
Q When John and Ponch came out of the house was there some kind of conversation or argument?
A Not when they came out of John's house, no.
Q Was there an argument?
A Not when he come out of there.
Q Was there any discussion about any money that John was given?
MR. ANDERSON: Objection, your Honor.
MR. FAHEY: Objection, your Honor.
THE COURT: Sustained. You're leading. Go on to some other subject.
A Not right there.
THE COURT: No, don't answer that. Disregard that answer, please.
Q Do you know if John came out of the house with anything?
A He came out with a check.

Q How much money?
A Twenty dollars.
Q Do you know where it came from?
A I think he said it was from his mom.
Q Did you hear any discussion about that twenty dollar check?
A Yes. They was telling him how he could buy something with that.
THE COURT: I didn't hear you.
(STENOGRAPHER READ BACK THE LAST ANSWER FOR THE COURT)
THE COURT: Thank you.
Q How can you buy something?
A Cocaine.
Q Did Ponch and John get into the van again?
A Yes.
Q Did Ponch continue to drive the van?
A Yes.
Q John sat in the back?
A Yes.
MR. ANDERSON: Objection.
MR. FAHEY: Objection, your Honor.
THE COURT: You're leading. I'm telling you go on to another subject completely.
Q From there where did you drive to?

A Ponch.
Q Was there any argument going on?
A Yes.
Q Who was saying what?
A John was saying that he didn't ripped him off. There was yelling back and forth.
Q Who was yelling?
A Ponch was saying, "where's the money." John was saying he ripped him off.
Q What were you saying?
A "Where's the money"?
Q Did John say anything about going back to Carlo's house
MR. ANDERSON: Objection.
THE COURT: Sustained. Now I say move on to another subject. You must move to a completely different area once you start asking leading questions. That's the rule in this jurisdiction.
MS. SOCCIO: Yes, Judge.
THE COURT: You want the case? I will give you the case on that too.
Q Mr. Gorman what happened after you all got in the van?
A We drove back to Carlo's house.
Q What happened once you got to Carlo's house?
A We brought John in.
Q How did you do that?

A We just--he walked in with us. We held up on the arms walking in.
Q You had your arm on him?
A We held his arm and walked him in.
Q Who held John's arm?
A I did.
Q Did Ponch do anything?
A I'm not sure if he grabbed him or not.
Q Was there any further discussion into Carlo's house when you were walking to Carlo's house?
A Yes, when we got in.
Q What happened once you got inside?
A They asked where where the cocaine was.
Q Who asked?
A Uncle Chuck and Carlos.
Q What did you say?
A I said there was none.
Q Did Ponch say anything?
A He said that John ripped us off.
Q He said what?
A That John had ripped him off.
Q What happened after that?
A John was standing in the back room. He came towards me. I pushed him back. He came again. I swung at him. I hit him. He went towards Carlos. Carlos hit

him. He fell to the ground and everybody started kicking him.
Q You pushed John first?
A Yes.
Q And then what happened after that?
A He came toward me again so I swung at him.
Q Was the door to Carlo's apartment opened or closed?
A Closed.
Q Where were you standing?
A By the kitchen table.
Q Where was Carlo standing?
A On the other side of the kitchen table.
Q Where was Ponch?
A He's behind me somewhere.
Q Who else was there?
A Luis, I'm not sure if Uncle Chuck was there or not.
Q Do you know what time it was then?
A Somewhere around twelve probably.
Q After you pushed him what did Ponch do?
MR. ANDERSON: Objection.
THE COURT: Sustained.
Q What happened after you pushed him?
A After I pushed him he came towards me again. I swung at him. I hit him. He went towards Carlos (sic) and Carlos (sic) hit him. He fell to the ground and we

started kicking him.
Q Who was kicking him?
A Everybody that was in there.
Q Who's everybody?
A Me, Luis, Carlos, Ponch. I'm not sure about Chuck. I think Uncle Chuck was there too.
Q Was John saying anything?
A After we kicked him, no because he was knocked out.
Q What do you mean "he was knocked out"?
A He was just laying there. He wasn't moving.
Q He was on the floor?
A Yes.
Q Was he on his back or on his stomach?
A On his back.
Q Was he making any noises?
A No, not then.
Q What happened next?
A Ponch hit him with a beer bottle.
Q Where did he get the beer bottle from?
A Probably from on the table or something.
MS. SOCCIO: Mr. Gorman, can you look at me please.
Q After you he hit him with the beer bottle, what happened next?
A John was yelling at him saying, "where's the money".
Q Who was yelling?

A Me, Ponch and Carlos (sic) saying, "where's the money?" He said he didn't have it.
Q After he got hit with the beer bottle what happened to John?
A He was still laying there.
Q He was still laying there?
A Yes, that's when the yelling started.
Q What happened after that?
A There was--there was yelling and then somehow a flashlight came into--Ponch had a flashlight. Everytime he went to get up he hit him with it.
Q Where did the flashlight come from?
A I'm not sure, somewhere.
Q Did you get the flashlight first?
A No, I had it after Ponch.
Q Where did Ponch hit John with the flashlight?
A In the back of the head.
Q Was John still on the floor?
A Yes.
Q Was he saying anything?
A He was saying that he didn't rip him off.
Q Was he making any noises?
A He was yelling.
Q What was he yelling?
A That he didn't rip him off.

Q How did you get the flashlight?
A I had taken it from Ponch.
Q And what did you do with it?
A I had hit John on the side of the head.
Q How many times did you hit him?
A Once or twice.
Q Was he still laying on the floor after you hit him?
A Yes.
Q Did you see any blood?
A Yes.
Q Where was he bleeding from?
A The head.
Q Anywhere else?
A Not at that point, no.
Q What happened next?
A I had walked away and the guy had gotten up started wrestling with Carlos (sic). He started stabbing him.
Q You saw a knife?
A Yes.
Q Where did you see the knife?
A In Carlo's hand.
Q Did you see where he got the knife from?
A He had gotten it from the back room.
Q Do you know what that knife looked like?
A It was a little survival knife with a plastic handle

with a compass on it.
Q How many times did you see Carlo stab John Casserly?
A A lot.
Q What do you mean by a lot?
A A lot of times.
Q More than ten, less than ten?
A More than ten.
Q Did you see any other knives?
A Yes.
Q How many knives did you see?
A Three.
Q What did the other two knives look like?
A One was a little steak knife and one was--it was chrome with a black handle.
Q Showing you State's 3 for identification. Do you recognize this?
A Yes.
Q How do you recognize it?
A That's one that was there.
Q Do you know who used this knife?
A I seen Luis with it towards the end of the night.
Q This is State's 2 for identification. Do you recognize this?
A Yes.
Q How do you recognize it?

A That's the flashlight that was he was being hit with.
Q Is this the flashlight you used to hit him?
A I believe so, yes.
Q Is this the flashlight that Ponch used to hit him?
A I believe so.
Q Did Ponch do anything else?
MR. ANDERSON: Objection.
THE COURT: Ground?
MR. ANDERSON: The last question was the flashlight. It's leading, your Honor.
THE COURT: Did he do anything else is leading? How does that suggest an answer?
MR. ANDERSON: It suggests he did something else.
THE COURT: Overruled.
A He stabbed him.
Q You saw a knife in Ponch's hand?
A Yes.
Q Where did that knife come from?
A From the table.
Q Where did you see Ponch stab John Casserly?
A He first he had stabbed him--well, under the butt then to towards the back of the leg.
Q Anywhere else?
A Yes when Carlos (sic) started he was stabbing him too.
Q Was there a time when they were both stabbing John

Casserly at the same time?
A Yes.
Q What else were you doing?
A At this time I was just standing there.
Q Did you see Luis do anything?
A Later on, yes. When I had walked in he had a knife in his hand and he went to stab--he jumped back and stabbed him three times.
Q Was the victim still on the floor?
A Yes.
Q Was he moving?
A No.
Q Do you know if he was breathing?
A He was taking a breath like every minute, every two minutes.
Q Were his eyes opened or closed?
A His eyes was closed.
Q You said that was later after you came back?
A Yes. I had gone out to Uncle Chuck's house.
Q Why did you go to Uncle Chuck's house?
A I went over and told them what was going on.
Q Did Luis go with you or did you go alone?
A I'm not sure if Luis had gone over. I don't think he came over.
Q And when you went over to Uncle Chuck's house do you

I asked you about the cooperation agreement you entered into, correct?
A Yes.
Q And I neglected to ask you if you had the assistance of an attorney with you when you entered into this agreement?
A Yes.
Q And who was that attorney?
A James Ruggiero.
Q Yesterday you were questioned about the occurrences, what was going on at 181 Paradis Avenue with the guys regarding John Casserly. Do you remember that?
A Yes.
Q At some point when you were there was there a blanket that you observed?
A Yes.
Q Where did that blanket come from?
A I believe it came from one of the bedrooms.
Q Who obtained that blanket?
A Carlos (sic).
Q And what did he do with that blanket?
A He threw it next to John.
Q Did he say anything when he threw the blanket on the floor?
A He said, "Bleed on the blanket not on the rug."

A It must have been, yes.
Q You said when you returned and Timmy and Chuckie were there, what were they doing?
A They was just standing there.
Q What room were they in?
A In the kitchen.
Q What else did you see?
A I don't understand.
Q When you walked in the second time what position was John in?
A He was on the floor.
Q Did he ever change that position?
A Yes, when he got up and started wrestling.
Q What happened after he was wrestling with Carlo?
A He'd gotten stabbed.
Q Who had stabbed him?
A Carlos (sic) was stabbing him and then Ponch was stabbing him.
Q And yesterday you mentioned Luis also stabbed the victim, correct?
A Yes.
Q Did you see Timmy do anything?
A No.
Q What was Carlo saying, if anything?
A He was saying that, "Where's his money? " That's all,

that's it.

Q When was he saying this --

A He was saying a lot. He was saying it a lot.

Q -- was he doing anything with his hands or his arms while he was saying that?

A What do you mean?

Q While he was saying it, was he moving around or doing anything?

A He was yelling.

Q Was he yelling while he was stabbing John Casserly?

A He was yelling, yes. He was wrestling, yes, stabbing him.

Q How long did this go on for when you returned?

A What? When he stabbed him?

Q How long did that go on for?

A Long enough where John had fell to the floor.

Q At some point can you describe when you no longer saw John making any movement?

A That's after I had come back from Uncle Chuckie's.

Q Do you know who was the last one to have any contact with John Casserly's body?

A Luis.

Q At that point how would you describe how John looked?

A He looked bad.

Q What do you mean by bad?

Q Now you said something about a blanket. Who got a blanket?
A The blanket that he had been there--been in.
Q And what happened with the blanket?
A Me and Luis had held it and Carlos (sic) put the body on it.
Q How was that done? Can you describe how that was done?
A Me and Luis held the ends while he pulled the body on to it.
Q Who pulled the body on to the blanket?
A Carlos (sic).
Q And what was Ponch doing at that time, if anything?
A I'm not sure.
Q Was the body put on to the blanket?
A Yes.
Q What happened then?
A Just wrapped the blanket over him.
Q Who did that?
A Me and Luis had put it, just threw it over him.
Q What was Carlo saying?
A I'm not really sure.
Q What happened after that?
A We had to load the body onto the van and when we went I had bumped into the bar and Carlos (sic) had just dragged him downstairs alone.

A Luis.
Q Where did Luis sit?
A In the back seat.
Q Where was the body? Where was John Casserly's body?
A In the back.
Q Where did you drive to?
A Over by the Silver Lake in Bellingham.
Q Was there any discussion about where the body was going to be dumped?
A Yes.
Q Who was having that discussion?
A All of us.
Q What, if anything, was Carlo saying?
A That he didn't--he wasn't sure where to do it, where we wouldn't be seen.
Q How far did you drive? How long did it take?
A Ten, fifteen minutes.
Q Did you finally stop the van?
A Yes.
Q Did the van stop more than once?
A No, we stopped one time at the spot.
Q When was that?
A When we had dumped the body.
Q Was that in Bellingham?
A Yes.

Q When the van stopped do you know what time it was?
A I'm not sure. It was starting to get light out though.
Q Once the van stopped, what happened then?
A Carlos (sic) had told me and Luis to take the body out so we went to do it and we couldn't find the lever for the back, the back door.
Q What lever?
A The lever on the inside to open up the door so we told him that. He got out yelling, saying that we couldn't do it, he'd do it himself.
Q Who said this, Carlo?
A Yes.
Q What happened then?
A He pulled the body out and he just threw it on the side of the road in a ditch or something and then we left.
Q Did you help pull the body out of the van?
A No.
Q Did Luis help pull the body out of the van?
A No.
Q Can you describe how Carlo pulled the body out of the van?
A He pulled him out by his feet with his head to the ground and pulled it, just dragged him out.
Q Do you know--can you describe what John Casserly was wearing? Do you remember?

A I'm not really sure. I know he had work boots on and some jeans with a hole in them or something. I'm not sure.
Q Was anything else dumped there besides the body of John Casserly?
A I think, I believe there was pants or stuff with the blanket.
Q Who dumped those clothes?
A We had dumped them. When we was at the house we put them in.
Q You put them where?
A In with the body.
Q In the van?
A Yes.
Q Who took the clothes from the van and left?
A It was wrapped in with the blanket.
Q How long did it take you to dump the body and the clothes?
A Not that long.
Q You got back into the van?
A Yes.
Q And then what happened?
A We drove away.
Q Carlo drove?
A Yes.