**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 2006-07-T** |
| | : | |
| **A.T. WALL, DIRECTOR OF** | : | |
| **DEPARTMENT OF CORRECTIONS,** | : | |
| **Respondent** | : | |

**STATE'S MOTION TO EXTEND TIME IN WHICH TO RESPOND TO MEMORANDUM IN SUPPORT OF PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

The Attorney General of the State of Rhode Island (the "State") hereby moves for additional time in which to respond to petitioner's memorandum in support of his amended petition for writ of habeas corpus. The memorandum was due November 3, 2006, but was filed on November 6, 2006, along with an appendix that appears to be several hundred pages in length. Under the Court's original briefing schedule, the State's response is due by November 17, 2006. The State is requesting an extension until and including December 29, 2006.

The reasons for the State's request for additional time are as follows: The amended petition for writ of habeas corpus is substantially different from the one petitioner originally filed in January 2006. Many of the claims made in the original petition have been dropped from the amended petition and have been replaced by others that the original petition did not include in any sort of detailed fashion. The memorandum petitioner filed in support of his amended petition, although *forty* pages long, *still* does not address all the claims raised in the amended petition. Thus, the State needs to do a substantial amount of additional research and review of the case record in

order to respond adequately to the issues petitioner has now presented. Meanwhile, the undersigned counsel is currently involved in the preparation of memoranda and briefs in several cases pending in the Rhode Island Supreme Court (e.g., State v. Oster, No. 2004-0324, and State v. Lopez, No. 2006-050). Accordingly, the State respectfully requests until and including December 29, 2006, in which to respond to petitioner's memorandum and the Amended Petition.

For the foregoing reasons, the State respectfully requests that its motion to extend time for responding to petitioner's Memorandum in Support of his Amended Petition until and including December 29, 2006 be granted.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Lauren S. Zurier
**Lauren S. Zurier # 4496**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)
lzurier@riag.ri.gov

Dated: November 9, 2006

## CERTIFICATION

I hereby certify that on the 9th day of November, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Joseph R. Palumbo, Jr., joseph@palumbolaw.net.

/s/ Lauren S. Zurier