**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADRIAN BUSTAMANTE** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | **C.A.: 06-07T** |
| | } | |
| **ASHBELL T. WALL** | } | |
| | } | |
| **Defendant** | } | |

**PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner moves for an enlargement of time to May 17, 2007 to file his objections to the Magistrate's Report and Recommendations on his amended petition for writ of habeas corpus.

As grounds therefor, the undersigned states that he is scheduled to start a medical malpractice trial in the Newport County Superior Court on April 16, 2007 (date certain) and is involved in trial preparation on that case at this time. For that reason, plaintiff's counsel will be unable to meet with petitioner and to adequately prepare said objections by April 17, 2007.

Respectfully submitted

By his attorney,

/s/ Joseph R. Palumbo, Jr.
Joseph R. Palumbo, Jr., #0405
294 Valley Road
Middletown, RI 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

**CERTIFICATE OF SERVICE**

I, Joseph R. Palumbo, Jr., hereby certify that on the 4th day of April, 2007, I caused **Lauren S. Zurier, Special Assistant Attorney Genera**l, 150 South Main Street, Providence, RI 02903 to be notified of the electronic filing of the foregoing document.

/s/ Joseph R. Palumbo, Jr.