UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ADRIAN BUSTAMANTE

v.                                    CA No. 06-07T

A.T. WALL

### ORDER OF DISMISSAL

For reasons stated in Magistrate Judge Almond's Report and Recommendation dated April 3, 2007 and in the State's "Response to Petitioner's Objections," Petitioner's § 2254 petition is denied and dismissed.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: 12/30/08