## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

ADRIAN BUSTAMANTE,
PETITIONER,

v.                                                            C.A. No. 06-07T

A.T. WALL,
RESPONDENTS.

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

> Pursuant to the December 30, 2008 Order of this Court, judgment hereby enters for the Respondent A.T. Wall and against Petitioner Bustamante.

                                                              Enter:

                                                              /s/Ryan H. Jackson

                                                              Deputy Clerk

Dated: January 5th, 2009