UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADRIAN BUSTAMANTE,
    Plaintiff

v.                                    C.A. No. 06-07 S

ASHBEL T. WALL,
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 9, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Plaintiff's Motion for Leave to Appeal In Forma Pauperis is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge
Date: 9/25/09